Lawrence G. Cohen (NY Bar No. LC3226)
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
Attorneys for Defendant Maritime Antalya

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITHAI MARITIME, LTD.

           Plaintiff,

  - against-

RP LOGISTICS PVT LTD. and
R. PIYARELALL INTERNATIONAL PVT.
LTD.

           Defendants.

-------------------------------------------------------------X

07 CIV 5730

ECF CASE

**RULE 7.1 STATEMENT**

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I Lawrence G. Cohen, as a member of the bar of this Court and a member of the firm Vandeventer Black LLP attorneys for Plaintiff UNITHAI MARITIME, LTD., certify upon information and belief that UNITHAI MARITIME, LTD. is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held in the U.S.

Dated: Norfolk, Virginia
June 14, 2007

By: /s/ Lawrence G. Cohen
Lawrence G. Cohen (NY Bar No. LC3226)
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Unithai Maritime Limited,

                     Petitioner,   :   Case No. 06 CV 7772

v.   :

Land, Air & Sea Transportation Limited,   :   **Rule 7.1 Statement**

                    Respondent.   :
------------------------------------------------------------x   ECF CASE

JUDGE CHIN

RECEIVED SEP 27 2006 U.S.D.C. S.D. N.Y. CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Unithai Maritime Limited (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                                        Respectfully Submitted,

                                        Lawrence G. Cohen (NY Bar No. LC3226)
                                        VANDEVENTER BLACK LLP
                                        500 World Trade Center
                                        Norfolk, VA 23510
                                        Telephone: (757) 446-8600
                                        Facsimile: (757) 446-8670

                                        Attorneys for Unithai Maritime Limited