JONES, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE JONES

----------------------------------------------------------x
UNITHAI MARITIME, LTD

                Plaintiff,

   -against-

RP LOGISTICS PVT LTD. and
R. PIYARELALL INTERNATIONAL
PVT. LTD.,

                Defendants.
----------------------------------------------------------x

07 CIV 5730

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/07

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4( c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4( c) of the Federal Rules of Civil Procedure,

NOW, on reading the Affidavit of Lawrence G. Cohen, sworn to on June 14, 2007, and good cause shown having been shown, it is hereby

ORDERED that Lawrence G. Cohen, or any other partner, associate, paralegal or agent of Vandeventer Black, LLP, or any process server employed by Gotham Process Servers be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Date: ~~Norfolk, Virginia~~ New York, New York
      ~~June 14, 2007~~

_____
U.S.D.J.

6/15/07

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
          DEPUTY CLERK