CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendants,
RP Logistics Pvt Ltd. and R. Piyarelall
International Pvt. Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:    516-767-3600
Telefax:         516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITHAI MARITIME, LTD. : | |
| Plaintiff, : | 07 CV 5730 (BSJ) |
| : | |
| - against - : | **NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND <u>MARITIME CLAIMS</u>** |
| : | |
| RP LOGISTICS PVT LTD. and : | |
| R.PIYARELALL INTERNATIONAL : | |
| PVT. LTD. : | |
| : | |
| Defendants. : | |
| : | |

------------------------------------------------------------x

   PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by the Defendants, RP LOGISTICS PVT LTD. and R.PIYARELALL INTERNATIONAL PVT. LTD., to represent said Defendants in the above entitled action, and Chalos, O'Connor & Duffy LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy LLP at its office as listed below.

   PLEASE TAKE FURTHER NOTICE, that Defendants RP LOGISTICS PVT LTD. and R.PIYARELALL INTERNATIONAL PVT. LTD., by its attorneys, Chalos, O'Connor & Duffy LLP, hereby enters a restrictive appearance on behalf of said Defendants pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff UNITHAI

MARITIME, LTD. with respect to money, funds and EFT payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter on June 18, 2007 and any other or supplemental garnishees who may restrain the property of Defendants RP LOGISTICS PVT LTD. and R.PIYARELALL INTERNATIONAL PVT. LTD. and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: Port Washington, New York
July 1, 2007

                                      CHALOS O'CONNOR & DUFFY, LLP
                                      Attorneys for Defendants
                                      RP LOGISTICS PVT LTD. and
                                      R.PIYARELALL INTERNATIONAL PVT. LTD.

By: _____
     Owen F. Duffy (OD-3144)
     George E. Murray (GM-4172)
     366 Main Street
     Port Washington, New York 11050
     Tel:    516-767-3600
     Telefax: 516-767-3605
     Email: ofd@codus-law.com

To:    <u>Via ECF</u>
       Clerk of the Court
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, New York 10007

To:    <u>Via ECF</u>
       Vandeventer Black LLP
       Attorneys for the Plaintiff
       UNITHAI MARITIME LTD.
       500 World Trade Center
       Norfolk, Virginia 23510

       Attn:   Lawrence G. Cohen, Esq.

cc:  Via U.S. Mail and Facsimile
ABN Amro Bank N.V., as garnishee
55 East 52nd Street
New York, New York 10055
Fax: (212) 409-7303

Attn: Legal Department


cc:  Via U.S. Mail and email
American Express Bank, as garnishee
c/o Zeichner Ellman & Krause LLP, as counsel
575 Lexington Avenue, 10th Floor
New York, New York 10022
Email: blglickman@zeklaw.com
       mfletcher@zeklaw.com

Attn:  Barry Glickman, Esq.


cc:  Via U.S. Mail and email
Bank of America, as garnishee
c/o Zeichner Ellman & Krause LLP, as counsel
575 Lexington Avenue, 10th Floor
New York, New York 10022
Email: blglickman@zeklaw.com
       mfletcher@zeklaw.com

Attn:  Barry Glickman, Esq.


cc:  Via U.S. Mail and Facsimile
The Bank of New York, as garnishee
120 Broadway, 19th Floor
New York, NY 10271
Fax: (212) 693-5040

Attn: Legal Department


cc:  Via U.S. Mail and Email
Citibank, as garnishee
388 Greenwich Street, 17th Floor
New York, NY 10013
Email: mary.b.mihalik@citi.com

Attn: Mary B. Mihalik, Assistant Vice President

cc:     Via U.S. Mail and Facsimile
        Deutsche Bank, as garnishee
        60 Wall Street
        New York, NY 10005
        Fax: (212) 797 4567

        Attn: Legal Department


cc:     Via U.S. Mail and Facsimile
        HSBC Bank USA, N.A. as garnishee
        452 Fifth Avenue
        New York, NY 10018
        Fax: (716) 841-7651

        Attn: Legal Department


cc:     Via U.S. Mail and Facsimile
        J.P. Morgan Chase, as garnishee
        One Chase Manhattan Plaza, 20th Floor
        New York, NY 10081
        Fax: (917) 464-8069

        Attn: Legal Department


cc:     Via U.S. Mail and Email
        Standard Chartered Bank, as garnishee
        One Madison Avenue
        New York, NY 10010
        Email: Johanna.Varga@us.standardchartered.com
               Paula.i.pena@us.standardchartered.com

        Attn: Ms. Johanna G. Vargas


cc:     Via U.S. Mail and Email
        Wachovia Bank, N.A., as garnishee
        11 Penn Plaza, 4th Floor
        New York, NY 10001
        Email: dennis.ansbro@wachovia.com
               Barbara.heneks@wachovia.com