CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendants,
RP Logistics Pvt Ltd. and R. Piyarelall
International Pvt. Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:    516-767-3600
Telefax:      516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITHAI MARITIME, LTD.                                     :
                                                           :
        Plaintiff,                                         :    07 CV 5730 (BSJ)
                                                           :
   - against -                                             :
                                                           :    **STATEMENT**
                                                           :    **PURUSUANT TO**
RP LOGISTICS PVT LTD. and                                  :    **FED. R. CIV. P. 7.1**
R.PIYARELALL INTERNATIONAL                                 :
PVT. LTD.                                                  :
                                                           :
        Defendants.                                        :
-----------------------------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants RP Logistics Pvt. Ltd. and R. Piyarelall International Pvt. Ltd. certifies that the defendants are nongovernmental parties, but there are no parent corporations or publicly held corporations that own 10% or more of their stock.

Dated: Port Washington, New York
       July 2, 2007

                              CHALOS O'CONNOR & DUFFY, LLP
                              Attorneys for Defendants
                              RP LOGISTICS PVT LTD. and
                              R.PIYARELALL INTERNATIONAL PVT. LTD.

                        By:   _____
                              Owen F. Duffy (OD-3144)

George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel:     516-767-3600
Telefax: 516-767-3605
Email: ofd@codus-law.com