# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 3

## Ship info

| | |
|---|---|
| IMO number : | 7612773 |
| Name of ship : | UTHAI NAVEE |
| Call Sign : | HSBQ |
| Gross tonnage : | 15774 |
| Type of ship : | General Cargo Ship |
| Year of build : | 1977 |
| Flag : | Thailand |
| Status of ship : | In Service |
| Last update : | 2007-06-18 |

### ▷ MANAGEMENT

| Company number | Role | Name of company | Address |
|---|---|---|---|
| 1475245 | Registered owner | UNITHAI LINE PUBLIC CO LTD | THAILAND |
| 1820546 | Ship manager | UNITHAI SHIPPING PTE LTD | 5, Temasek Boulevard, Singapore SINGAPORE |

### P&I INFORMATION

| Name of P&I insurer | Date of inception |
|---|---|
| Sveriges Angfartys Assurans Forening (Swedish Club) | 2007-02-20 |

© Copyright 2000-2006; Version : prodPV_2_0_14; Developed and hosted by : France-Ministry for Transport -DAM/SI