# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 4

Case 1:07-cv-05730-BSJ    Document 9-58    Filed 07/16/2007    Page 2 of 8




The Unithai Group represents the Thailand arm of the IMC Pan Asia Alliance Group, a regional organisation with primary business interests in shipping, distribution, logistics, engineering and infrastructure development throughout Asia Pacific.

As the region's economic development continues, driven by the industrialization of Asia, Unithai aims to participate in and contribute to this rapid industrialization by offering solid long term value to clients. Ultimately, Unithai is committed to be Thailand's leading shipping and transportation services group.

Unithai's commitment is supported by the IMC Pan Asia Alliance Group that draws advantage from the accumulated wealth of international business relationships, market knowledge, expertise and human resources. The Group has major presence in Thailand, Malaysia, Hong Kong and Singapore, and has development and representative offices in Tokyo, Seoul, Sydney, Jakarta, Bombay, Manila, New York, London, Rotterdam and several cities in China.

Shipping . Logistics . Engineering

Copyright © 2001 Unithai Group. All rights reserved.



- The Unithai Group
- Shipping and Agency
- Logistics
- Shipyard and Engineering
- Group News
- Career Opportunities
- Partners
- Contact us



**Unithai Offices**
- Corporate Office
- Shipping
- Container Terminal
- Logistics
- Shipyard and Engineering
- Freight Forwarding
- Offshore Logistics
- Agency

Unithai Shipping (Unithai Line) Representatives
## Head Office

### Bangkok Office
United Thai Shipping Corporation Limited
25 Alma Link Building, 11th Floor
Soi Chitlom, Phloenchit Road
Pathumwan, Bangkok 10330, Thailand

tel   (66) 2254 8400
fax   (66) 2255 1155

**Senior Manager**
**Agency Division**
Thaveesak Chowchankit
thaveesak.c@unithai.com

**Ship Brokering**
Krongkan Thieravut
shipping.brokering@unithai.com

### Singapore Office
Unithai Shipping Pte Ltd
5 Temasek Boulevard #12-01
Suntec Tower Five
Singapore 038985

tel     (65) 6433 2600
fax    (65) 6337 2171
email  uts@unithai.com.sg

**Commercial & Technical Manager**
Aileen Tan
aileentan@unithai.com.sg

**Operations**
Capt. Lo Wai Kui
lowaikui@unithai.com.sg

**Technical**
W. L. Cheng
chengwenlaing@imcshipping.com.sg

**Worldwide Representatives**

Shipping
[Head Office]

Ship Repair
[Select an office]

Copyright © 2001 Unithai Group. All rights reserved.




# UNITHAI

## Unithai Offices
- Corporate Office
- **Shipping**
- Container Terminal
- Logistics
- Shipyard and Engineering
- Freight Forwarding
- Offshore Logistics
- Agency

## Shipping

**United Thai Shipping Corporation Limited**
25 Alma Link Building, 11th Floor
Soi Chitlom, Phloenchit Road
Pathumwan, Bangkok 10330, Thailand

| | |
|---|---|
| tel | 66 (0) 2254 8400 |
| fax | 66 (0) 2255 1155 |
| | 66 (0) 2254 8422 |

## Worldwide Representatives

Shipping
[Select an office]

Ship Repair
[Select an office]

Copyright © 2001 Unithai Group. All rights reserved.




- Unithai Shipping Services
- Bulk Liner and Charter Services
- Unithai Fleet Summary
- Shipping Schedules
- **Agency Services**
- Project Cargo Service
- Ship Brokering Service
- Contact Unithai Shipping

Agency and Husbanding Services are carried out under **United Thai Shipping Corporation Limited (UTSC)**. The Agency Division has extensive experience in handling all types of vessels, such as container, conventional, liquid and drybulk, that call at Thai ports.

## Port Coverage in Thailand

**Bangkok (BKK)**
PAT and all private terminals

**Laem Chabang (LCB)**
LCB/Sriracha Harbor
Siam Sea Port/Koh Sichang Anchorages and Tanker terminals

**Map Ta Phut Port (MTP)**
MTP/Rayong/Sattahip Port and Liquid Tanker Terminals

**Southern Ports**
Bang Saphan/Kanom/Kantang/Krabi/
Phuket/Ranong/Songkhla/Ta Thong

## Husbanding Services

- Port Formalities
- Crew Change – Sign on/Sign off
- Clearing Ship's Spare and Transhipment Cargo
- Cash to Master Delivery
- Bunkering
- Stevedoring and Lighterage
- Dry-Docking

## Our Main Principals

**Container Trade**

- Ahlers Asia
    - Brointermed Lines (shipping schedule)
    - Europe West Indies Line (EWIL) (shipping schedule)

- - Nile Dutch Africa Line (NDS) (shipping schedule)
  - Nirint Asia Cuba Line (Nirint Shipping B.V.) (shipping schedule)
- Interasia Lines (IAL) (shipping schedule)
- STX Pan Ocean (shipping schedule)

**Conventional Trade**

- Empros Line (Contact)
- IMC Shipping Co. Ltd (Contact)
- Sun United Management Pty Ltd (Contact)
- Transocean Grabbulk Pool (Contact)
- UniGear Line (Contact)
- Unithai Line Plc Ltd (Contact)
- Unithai Maritime Pte Ltd (Contact)
- V.Ships (Asia) MSI Pte Ltd (Contact)
- Wan Bong Chartering Company Limited (contact)

**Tanker**

- Aurora tankers

For complete details of service destinations, arrivals and departures, please see Unithai's shipping schedules.

For enquiries on services, freight rate and schedule, please contact us.

**Next .** Project Cargo Service →

Copyright © 2001 Unithai Group. All rights reserved.

The Unithai Group of Companies

25 Alma Link Building, 11th Floor, Soi Chitlom Phloenchit Road, Pathumwan, Bangkok 10330
**Tel:** 66(0) 2254 8400
**Fax:** 66(0) 2255 1155
**Email address:** kim.ks@unithai.com
**Website address:** www.unithai.com
**Chamber Member Since:** 2003
**Chamber Representative:** Kyung Soo Kim
**Year of Establishment:** 1978
**No. of Employees:** 2,000
**Registered Capital:** Bt9,305,800,000
**Annual turnover:** Bt4,000,000,000
**Banker(s):** Bangkok Bank Public Co Ltd, BNP Paribas, Bank of Asia, The Thai Danu Bank Public Co Ltd
        Thai Farmers Bank Plc,    The Siam Commercial Bank Plc

**Affiliates:**  Unithai Line Public Co Ltd
United Thai Shipping Corp Ltd
Unigreen Agencies Ltd
United Thai Logistics Co Ltd
United Thai Warehouse Co Ltd
SDV Logistics (Thailand) Ltd
UniWise Offshore Ltd
Unithai Shipyard and Engineering Ltd
CUEL Ltd

**Subsidiary Companies:**
Unithai Line Ltd (Marshall Islands)
Diligence Navigation Co Inc
Discipline Navigation Co Inc
Honour Navigation Co Pte Ltd
Justice Navigation Co Pte Ltd
Unithai Shipping Pte Ltd
Unimae N V
Unithai Maritime Ltd
Sun United Maritime Ltd
Sun United Management (Pty) Ltd
United Thai Shipping Corp Ltd

**Other Memberships:**
Singapore - Thai Chamber of Commerce
Thai - Korean Chamber of Commerce
South Africa - Thai Chamber of Commerce
Malaysian-Thai Chamber of Commerce
Thailand-China Business Council
Thai-Hong Kong Trade Association
The Thai Chamber of Commerce
International Chamber of Commerce (ICC)

**Company Activities:**

- *Shipping*, owning and operating liner vessels, covering European, Asian and South African markets; a container terminal in Bangkok and agency and brokerage activities.
- *Logistics*, include bonded warehouse for inland distribution facilities and freight forwarding, and operation for offshore oil and gas industry support vessels.
- *Engineering,* undertakes a complete range of shiprepair (up to suezmax/mini-cape), modification, conversion, and newbuilding capabilities.

**Company Background:**
The Unithai Group, engaged in Shipping, Logistics and Engineering, is part of the international IMC PAN ASIA ALLIANCE GROUP, an organization whose prime interests are in shipping and engineering and related offshore activities