# DECLARATION OF C.R. ADDY, ESQ.

# EXHIBIT B

# ORDER SHEET

T. No. 414 of 2006
A.S. No.    of 2006

## IN THE HIGH COURT AT CALCUTTA
## ADMIRALTY JURISDICTION
## ORIGINAL SIDE

R.P. LOGISTICS PVT. LTD. & ANR.

-Versus-

THE OWNERS AND PARTIES INTERESTED IN
THE VESSEL M.V. UTHAI NAVEE & ORS.

Before

The Hon'ble Justice
TAPAN KUMAR DUTT

16.09.2006

    Having heard the learned Advocate for the plaintiffs and on perusal of the pleadings of the plaintiffs, it appears to this court that the plaintiffs have a prima facie case and unless an appropriate order of arrest is passed, the suit may become infructuous.

    Let the Marshall arrest the vessel, M.V. Uthai Navee and also the bunkers on board the said vessel, M.V. Uthai Navee and keep the same under his safe custody till 27th October, 2006 or until further orders of this Court, whichever is earlier. The Marshall shall act on the basis of the signed copy of this order.

    The Registrar, Original Side shall issue a formal warrant of arrest in usual course.

The copy of this order shall be served upon the defendants immediately. The same may also be served upon the defendants by means of FAX.

The defendants shall be at liberty to apply for vacating and/or varying of this order upon notice to the plaintiffs and the plaintiffs will also be at liberty to apply for extension of this interim order upon notice to the respondents.

The matter to made returnable on 20th October, 2006.

All parties including the Registrar, Original Side, Mumbai, Port and Customs authorities, CISF and Port Police are to act on a signed xerox copy of this order on the usual undertakings.