# DECLARATION OF C.R. ADDY, ESQ.

# EXHIBIT D

# Time Charter

**GOVERNMENT FORM**
Approved by the New York Produce Exchange
November 6th, 1913-Amended October 20th, 1921; August 6th, 1931; October 3rd, 1946

1   This Charter Party, made and concluded in Hongkong 28th day of June 2006 19
2   Between Ovi oceangate transportation co. ltd hongkong    as disponent
3   Owners of the good     that flag    (Steamship/Motorship)   see cl 29 and all particulars as per cl 29
of
4   of       tons gross register, and       tons net register, having engines of       indicated horse-power
5   and with hull, machinery and equipment in a thoroughly efficient state, and classed
6   at       of about       cubic feet bale capacity, and about       tons of 2240 lbs.
7   deadweight capacity (cargo and bunkers, including fresh water and stores not exceeding one and one half percent of ship's deadweight capacity,
8   allowing a minimum of fifty tons) on a draft of       feet       inches on       Summer freeboard, inclusive of permanent bunkers,
9   which are of the capacity of about       tons of fuel, and capable of steaming, fully laden, under good weather
10  conditions about       knots on a consumption of about       tons of best Welsh coal best grade fuel oil best grade Diesel oil,
    (SEE RIDER CLAUSE 29)
11  now in trading
12  and Rockwell int'l holdings ltd.     Charterers of the City of
13  Witnesseth, That the said Owners agree to let, and the said Charterers agree to hire the said vessel, from the time of delivery, for
14  aboutR one trip time charter period, about 40-50days trading via sps sbs
    ias aa awiwl far east – India with lawfull harmless allowed cargo
15        within below mentioned trading limits.
16  Charterers to have liberty to sublet the vessel for all or any part of the time covered by this Charter, but Charterers remaining responsible for
17  the fulfillment of this Charter Party.   Acceptance of delivery by Charterers shall not constitute any waiver of Owner's obligations hereunder
18  Vessel to be placed at the disposal of the Charterers, at    on dropping last outward sea pilot one safe port shanghai, China any time day or night, Sundays and Holidays included.
19  in such dock or at such wharf or place (where she may safely lie, always afloat, at all times of tide, except
20  as otherwise provided in Clause No. 6), as
21  the Charterers may direct, if such dock, wharf or place be not available time to count as provided for in Clause No. 5 Vessel on her delivery to be
    ready to receive any permissible cargo with clean swept holds and tight, staunch, strong and in every
22  way fitted for intended cargo the service, having water ballast, winches and
    donkey boiler with sufficient power, or if not equipped with donkey boiler, then other power sufficient to
23  run all the winches at one and the same
    time (and with full complement of officers, seamen, engineers and firemen for a vessel of her tonnage),
24  throughout the period of this charter vessel to be employed in carrying lawful merchandise,
    including petroleum or its products, in proper containers, excluding (SEE RIDER CLAUSE 47)
25  (vessel is not to be employed in the carriage of Live Stock, but Charterers are to have the privilege of
26  shipping a small number on deck at their risk.
27  all necessary fittings and other requirements to be for account of Charterers), in such lawful trades, between safe port and/or ports in British North
28  American, and/or United States of America, and/or West Indies, and/or Central America, and/or Caribbean Sea, and/or Gulf of Mexico, and/or
29  Mexico, and/or South America   see cl 74 and/or Europe
30  and/or Africa, and/or Asia, and/or Australia, and/or Tasmania, and/or New Zealand, but excluding Magdalena River, River St. Lawrence between
31  October 31st and May 15th, Hudson Bay and all unsafe ports, also excluding, when out of season, White Sea, Black Sea and the Baltic,

```
32  (SEE RIDER CLAUSE 74)**                              **************************
33  *                                                    **************************
34  *                                                    **************************
35  as the Charterers or their Agents shall direct, on the following conditions:
36  1. That whilst on hire the Owners shall provide and pay for all provisions and pay for fresh water, lubricating oil and
37  discharging fees of the Crew: shall pay for the insurance of the vessel, also for all the cabin,
    deck, engine-room and other necessary stores, including boiler water and maintain her class and keep
38  water and the vessel in a thoroughly efficient state in hull, machinery, and equipment with all
    certificate issued by and required by international conventions for and during the service for
    clearance and cargo purpose only sabotage on chrs business
39  2. That the Charterers shall provide and pay for all the fuel except as otherwise agreed, Port
    Charges, customary Pilotages, for clearance and cargo work only also for other charges
    Relating to routine work apart from Owners matters Agencies, Commissions:
40  Consular Charges (except those pertaining to the Crew and flag), and all other usual expenses
    except those before stated, but when the vessel puts into
41  a port for causes for which vessel is responsible, then all such charges incurred shall be paid by the Owners. Fumigations ordered because of
42  illness of the crew to be for Owners account. Fumigations ordered because of cargoes carried or ports visited while vessel is employed under this
    charter to be for Charterers' account. All other fumigations to be for Charterers account after vessel has been on charter for a continuous period
43  of six months of more see cl. 70
44       Charterers are to provide and to replace necessary dunnage lashing materials and shifting boards, also
45  any extra fittings requisite for a special trade or unusual cargo, but Owners to allow them the
    use of any dunnage and shifting boards already aboard vessel. Charterers to
46  have the privilege of using shifting boards for dunnage, they making good any damage thereto.
47       3. That the Charterers, at the port of delivery, and the Owners, at the port of re-delivery, shall take over
48  and pay for all fuel remaining on
    board the vessel at the current prices in the respective ports, the vessel to be delivered with not less than _____ tons and not more than
49  _____ tons and to be re-delivered with not less than _____ tons and not more than _____ tons.
         4. That the Charterers shall pay for the use and hire of the said Vessel at the rate of
    USD15500.00 daily including overtime pro rata payable 15days in advance.
50  In United States Currency per ton on vessel's total deadweight carrying capacity, including bunkers and
51  stores, on _____ summer freeboard, per Calender Month, commencing on and from the day of her delivery, as aforesaid, and at
52  and after the same rate for any part of a day month; hire to continue until the hour of the day of her
53  re-delivery in like good order and condition, ordinary wear and tear excepted, to the Owners (unless lost) at on dropping last outward sea pilot one
    safe singapore at any time day or night, Sunday and holidays included.
54  Unless otherwise mutually agreed. Charterers are to give Owners not less than 15/10/7/5/3/2/1 days 24hours definite
55  notice of vessels expected date of re-delivery, and probable port Charterers to keep Owners
    advised of vessel's movements and notify Owners immediately of unforeseen delay.
56       5. Payment of said hire to be made in New York in cash in United States Currency,
    15 days semi-monthly in advance, and for the last 15 days half month or
57  part of same the approximate amount of hire, and should same not cover the actual time, hire is to be paid for the balance day by day, as it becomes
58  due, if so required by Owners, unless bank guarantee or deposit is made by the Charterers, otherwise failing the punctual and regular payment of the
59  hire, or bank guarantee, or on any breach of this Charter Party, the Owners shall be at liberty to withdraw the vessel from the service of the Char-
60  terers, without prejudice to any claim they (the Owners) may otherwise have on the Charterers.(SEE RIDER CLAUSE 52)
    Time to count from 7 a.m. on the working day
61  following that on which written notice of readiness has been given to Charterers or their agents before 4 p.m., but if required by charterers, they
62  to have the privilege of using vessel at once, such time used to count as hire.
63       Cash for vessel's ordinary disbursements at any port may be advanced as required by the Captain, by the Charterers or their agents, subject
64  to 2.5% commission and such advances shall be deducted from the hire. The Charterers, however, shall in no way be responsible for the application
```

65 of such advances. NO COMMISSION TO BE DEDUCTED IF SUCH ADVANCE IS MADE FROM THE HIRE WHEN HIRE IS DUE.

66  6. That the cargo or cargoes be laden and/or discharged in any safe dock or at any safe wharf or safe place that Charterers or their Agents may
67 direct, provided the vessel can safely lie always afloat at any time of tide, except at such places where it is customary for similar size vessels to safely
68 lie aground.

69  7. That the whole reach of the Vessel's Hold, Decks, no deck cargo allowed, and usual places of loading (not more than she can reasonably stow and carry), also
70 accommodations for Supercargo, if carried, shall be at the Charterers' disposal, reserving only proper and sufficient space for Ship's officers, crew,
71 tackle, apparel, furniture, provisions, stores and fuel. Charterers have the privilege of passengers as far as accommodations allow, Charterers
72 paying Owners_____ per day per passenger for accommodations and meals.  However, it is agreed that in case any fines or extra expenses are
73 incurred in the consequence of the carriage of passengers, Charterers are to bear such risk and expense.

74  8. That the captain shall prosecute his voyages with the utmost despatch, and shall render all customary assistance with ship's crew and
75 boats. The Captain (although appointed by the Owners), shall be under the orders and directions of the Charterers IN WRITING as regards employment and
76 agency; and Charterers are to load, stow, and trim tally, lash, unlash, secure and discharge the cargo at their expense under the supervision of the Captain who is to sign Bills of Lading for
77 cargo as presented, in conformity with Mate's or Tally Clerk's receipts.

78  9. That if the Charterers shall have reason to be dissatisfied with the conduct of the Captain, Officers, or Engineers, the Owners shall on
79 receiving particulars of the complaint, investigate the same, and, if necessary, make a change in the appointments.

80  10. That the Charterers shall have permission to appoint a Supercargo AT THE RISK/EXPENSE AND THE LIBILITY OF THE CHARTERER, WHO TO SIGN LETTER OF INDEMNITY AS PER OWNERS P&I CLUB WORDING FOR HOLDING OWNERS HARMLESS OF ANY CONSEQUENCES FOR CARRYING SUCH SUPERCARGO, who shall accompany the vessel and see that voyages are prosecuted
81 with the utmost dispatch.  He is to be furnished with free accommodation, and same fare as provided for Captain's table, Charterers paying at the USD10.00
82 per day.  Owners to victual pilots and Customs Officers, and also, when authorized by Charterers or their Agents, to victual Tally
83 Clerks, stevedore's Foreman, etc, Charterers paying at the
84 current rate per meal, for all such victualling.

85  11. That the Charterers shall furnish the Captain from time to time with all requisite instructions and
86 sailing directions INCL. ANY SAFE CUSTOMARY PRECAUTIONS A/O SPECIAL CARE TB PAID FOR THE LOAD/SUPERVISION/DISCHARGE OF THE CARGO, in writing, and the Captain shall keep a full and correct Log of the voyage or voyages, which are to be patent to the Charterers or their agents, and furnish the Char-
87 terers, their Agents or Supercargo, when required, with a true copy of daily Logs, showing the course of the vessel and distance run and the consumption of fuel.

88  12. That the Captain shall use diligence in carrying for the ventilation of the cargo. However, Charterers or their Agents to provide Master with necessary instructions if same required due
89 to nature of the cargo.

90  13. That the Charterers shall have the option of continuing this charter for a further period of_____
91 _____
92 on giving written notice thereof to the Owners or their Agents_____ days previous to the expiration of the
93 first-named term, or any declared option.

94  14. That if required by Charterers, time not to commence before_____and should vessel
95 not have given written notice of readiness on or before_____ but not later THE LYCN OF DELY IS FM 0000HRS 12TH july TO 2359HRS 20TH july 2006 than 4 p.m. Charterers or their Agents to have the NO option of cancelling this Charter at any time not later than the day of vessel's readiness.

96  15. That in the event of the loss of time from deficiency and/or default of men or and/or strike or
97 sabotage officers/crew or deficiency stores, fire, breakdown or damages to hull, machinery or equipment, grounding, detention by average

accidents to ship or cargo, drydocking for the purpose of examination

98 painting bottom, or by any other cause
99 ~~whatsoever~~ preventing the full working of the vessel, the payment of hire shall cease for the time thereby lost; and if upon the voyage the speed by reduced by
100 defect in or breakdown of any part of her hull, machinery or equipment, the time so lost, and the cost of any extra fuel consumed in consequence
101 thereof, and all extra expenses shall be deducted from the hire. Any stevedore and/or harbour charges for of vessel's equipment not caused by the Charterers or their Agents or breakdown Stevedore to be for Owners' account.
102   16. That should the Vessel be lost, money paid in advance and not earned (reckoning from the date of loss or being last heard of) shall be returned to the Charterers at once. The act of God, enemies, fire,
103 restraint of Princes, Rulers and People, and all dangers and accidents of the Seas, Rivers, Machinery, Boilers and Steam Navigation, and negligence errors of Navigation throughout this Charter Party;
104 always mutually excepted.
105   The vessel shall have the liberty to sail with or without pilots, to tow and to be towed, to assist vessels in distress, and to deviate for the
106 purpose of saving life and property.
107   ~~17. That should and dispute arise between Owners and the Charterers, the matter in dispute shall be referred to three Persons~~
    ~~at LONDON, New York.~~
108 ~~one to be appointed by each of the parties hereto, and the third by the two so chosen; their decision or that of any two of them, shall be final, and for~~
109 ~~the purpose of enforcing any award, this agreement may be made a rule of the Court. The Arbitrators shall be shipping men conversant with~~
    ~~shipping matters. Arbitration as per arbitration acts of 1950 and 1979 and English law to apply. Commercial men.~~ (SEE RIDER CLAUSE 69)
110   18. That the Owners shall have a lien upon all cargoes, and all sub-freights and/or sub-hire for any amounts due under this charter, including General Average contributions, and the Charterers will to
111 have a lien on the ship for all monies paid in advance and not earned, and any overpaid hire or excess
112 deposit to be returned at once. Charterers will not suffer, nor permit to be continued, any lien or encumbrance incurred by them or their agents, which
113 might have priority over the title and interest of the owners in the vessel.
114   19. That all derelicts and salvage shall be for Owners' and Charterers' equal benefit after deducting Owners' and Charterers' expenses and Crew's proportion.
115 General average shall be adjusted, stated and settled, according to Rules of of York-Antwerp Rules 1974 or any subsequent modification thereof, in Hongkong and settled in US dollars. Time charter hire shall not be contributed to G.A.
    ~~Inclusive, 17 to 22, inclusive, and Rule af~~
116 ~~York-Antwerp Rules 1994 or any amendments thereto 1924, at such port or place in the United States as may be selected by the carrier, and as to matters not provided for by these~~
116 ~~Rules, according to the laws and usages at the port of New York. In such adjustment disbursements in~~
117 ~~foreign currencies shall be exchanged into~~
118 ~~United States money at the rate prevailing on the dates made and allowances for damage to cargo claimed in foreign currency shall be converted at~~
119 ~~the rate prevailing on the last day of discharge at the port or place of final discharge of such damaged cargo from the ship. Average agreement or~~
120 ~~bond and such additional security, as may be required by the carrier, must be furnished before delivery of the goods. Such cash deposit as the carrier~~
121 ~~or his agents may deem sufficient as additional security for the contribution of the goods and for any salvage and special charges thereon, shall, if~~
122 ~~required, be made by the goods, shippers, consignees or owners of the goods to the carrier before delivery. Such deposit shall, at the option of the~~
123 ~~carrier, be payable in United States money and be remitted to the adjuster. When so remitted the deposit shall be held in a special account at the~~
124 ~~place of adjustment in the name of the adjustor pending settlement of the General Average and refunds or credit balances, if any, shall be paid in~~
125 ~~United States money.~~
126   In the event of accident, danger, damage, or disaster, before or after commencement of the voyage resulting from any cause whatsoever,
127 whether due to negligence or not, for which, or for the consequence of which, the carrier is not responsible, by statute, contract, or otherwise, the
128 goods, the shipper and the consignee, jointly and severally, shall contribute with the carrier in general average to the payment of any sacrifices,
129 losses, or expenses of a general average nature that may be made or incurred, and shall pay salvage and special charges incurred in respect of the
130 goods. If a salving ship is owned or operated by the carrier, salvage shall be paid for as fully and in the same manner as if such salving ship or
131 ships belonged to strangers.

132  Provisions as to General Average in accordance with the above are to be included in all bills of lading issued hereunder. It is understood that the charter hire is not to contribute in General Average.
133  20. Fuel used by the vessel while off hire; also for cooking, condensing water, or for grates and stoves to be agreed to as to quantity, and the cost of replacing same, to be allowed by Owners.
134  ~~21. That as the vessel may be from time to time employed in tropical waters, during the term of this Charter, Vessel is to be docked at a~~
135  ~~convenient place, bottom cleaned and painted whenever Charterers and Captain think necessary, at least once in every six months, reckoning from~~
136  ~~time of last painting, and payment of the hire to be suspended until she is again in proper state for the service,~~
137  ~~Vessel not to be drydocked while performing this charter party unless in case of emergency.~~
138  
139  22. Owners shall maintain the gear of the ship as fitted, providing gear (for all cargo gears as described derricks) capable of handling lifts
140  ~~as specified in clause 31;~~ owners also to provide on the vessel electric light for night work as on board at all hatches simultaneously free of charge to the charterers and are to maintain same in efficient work condition throughout this charter up to three tons, also providing ropes, falls, slings and blocks. If vessel is fitted with derricks capable of handling
141  ~~heavier lifts, Owners are to provide necessary gear for~~
142  ~~same,~~ otherwise equipment and gear for heavier lifts shall be for Charterers' account.    Owners also to provide on the vessel lanterns and oil for night work,
143  and vessel to give use of electric light when so fitted, but any additional lights over those on board to be at Charterers' expense.    The
144  Charterers to have the use of any gear on board the vessel.
145  23. Vessel to work night and day, Sundays and Holidays included, if required by Charterers, and all cargo gear is described to be at charterers disposal at all times simultaneously during loading and discharging operations. Shore winchmen in loading/discharging to be employed and paid by charterers, all winches to be at Charterers' disposal during loading and discharging;
146  ~~steamer to provide one winchmen per hatch to work winches day and night, as required. Charterers~~
147  ~~agreeing to pay officers, engineers, winchmen, deck hands and donkeymen for overtime work done in accordance with the working hours and~~
148  ~~rates~~
~~stated in the ship's articles. If the rules of the~~
149  ~~port, or labor unions, prevent crew from driving winches,~~ shore Winchmen to be paid by Charterers. In the event of a disabled winch or winches, or
150  insufficient power to operate winches, Owners to pay for shore engine, or engines, in lieu thereof, if required, and pay any loss of time occasioned
151  thereby.
152  ~~24. It is also mutually agreed that this Charter is subject to all the terms and provisions of and all the exceptions from liability contained~~
153  ~~in the Act of Congress of the United States approved on the 12th day of February, 1893, and entitled "An Act relating to Navigation of Vessels;~~
154  ~~etc.," in respect of all cargo shipped under this charter to or from United States of America.    It is further subject to the following clauses, both~~
155  ~~of which are to be included in all bills of lading issued hereunder:~~
156  ~~U.S.A. Clause Paramount~~
157  ~~This bill of lading shall have effect subject to the provisions of the Carriage of Goods by Sea Act of the United States, approved April~~
158  ~~16, 1936, which shall be deemed to be incorporated herein, and nothing herein contained shall be deemed a surrender by the carrier of~~
159  ~~any of its rights or immunities or an increase of any of its responsibilities or liabilities under said Act.    If any term of this bill of lading~~
160  ~~be repugnant to said Act to any extent, such term shall be void to that extent, but no further.~~
161  ~~Both to Blame Collision Clause~~
162  ~~If the ship comes into collision with another ship as a result of the negligence of the other ship and any act, neglect or default of the~~
163  ~~Master, mariner, pilot or the servants of the Carrier in the navigation or in the management of the ship, the owners of the goods carried~~
164  ~~hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying ship or her owners in so far as such loss~~
165  ~~or liability represents loss of, or damage to, or any claim whatsoever of the owners of said goods, paid or payable by the other or non-~~
166  ~~carrying ship or her owners to the owners of said goods and set off, recouped or recovered by the other or non-carrying ship or her~~
167  ~~owners as part of their claim against the carrying ship or carrier.~~
168  25. The vessel shall not be required to enter any ice-bound port, or any port where lights or light-ships have been or are about to be with-
169  drawn by reason of ice, or where there is risk that in the ordinary course of things the vessel will not be able on account of ice to safely enter the port or to get out after having completed loading or discharging.
170  26. Nothing herein stated is to be construed as a demise of the vessel to the Time Charterers.    The owners to remain responsible for the

171  navigation of the vessel, acts of pilots and tugboats, insurance, crew, and all other matters, same as when trading for their own account.
172      27.  A TOTAL commission of 2½ 0 per cent is payable by the Vessel and Owners to ____CHARTERERS/BROKERS____
173  ~~_____~~
174  ~~on hire earned and paid under this Charter, and also upon any continuation or extension of this Charter.~~
175  ~~    28.  An address commission of 2½ 3.75 per cent payable to ____Charterers____ on the hire earned and paid under this Chart~~

Owrs BTB Rider Clauses 29 to 104 both inclusive, as attached, are to be fully incorporated in this Charter Party.

Owners:                                           Charterers:
OGI OCEANGATE TRANSPORTATION CO. LTD HKG.         ROCKWELL INT'L HOLDINGS LTD.
    for and on behalf of
    OGI OCEANGATE TRANSPORTATION CO., LTD (H. K)
    海运总辖有限公司

        [signature]                                   [signature + seal]
        Authorized Signature(s)                       06-28-2006
        28/06/2006