# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

## EXHIBIT 6

# R. PIYARELALL GROUP

- Company History
- The Company Today
- Product Gallery
- Associates & Bus. Partners
- Contact Us

enquiry   e-mail   home

*manufacturer and exporter of leather items*

**R.PIYARELALL IMPORT & EXPORT LTD.**



Incorporated in 1981, R.Piyarelall Import and Export Ltd. is the flagship company of the group...

more>>

**R. PIYARELALL INTERNATIONAL PVT. LTD.**



Having established a foundation to ensure the smooth inflow of imports, the group launched R.P International in 1988........

more>>

**RAMESH KUMAR & CO. PVT. LTD.**



Specialising in connecting supply with demand, often an organisation chances upon a demand which it perceives...

more>>

Copyright © 2004. R.Piyarelall Group, All Rights Reserved.
"REGENT HOUSE", 12, Govt. Place (East), Calcutta - 700 069. India
Tel : +91-33-22205907, 2682, 22107693 Fax : +91-33-22209939
Designed & Hosted by DialIndia.com



## Company History





**FOUNDER**

Late Shri Piyarelall Agarwal the founder of the R.Piyarelall Group was a self-made man who started small but dreamt big. Hailing from Myanmar he was quick to gauge the shortfall between demand and supply of various commodities and started channelising agricultural produce of surplus countries into Indian market and gradually to other parts of the world. The Group owes its present growth to the extraordinary vision of its founder and continually endeavours to live up to his hopes for the future.

If one could go back in time, as far as history could take us, we would find that trading is how all that we know today as 'business' emerged. As providers of goods and services grew, so did competition. In order to survive and prosper, a trader needed to provide much more than just goods. It took business acumen to know where demand existed and which would be the most cost-efficient source that could meet this demand with quality supplies.

It was this proverbial eye for opportunities that saw Shri Piyarelall Agarwal make the first foray into the agro-trading business in Myanmar, way back in the middle of the 20th century. Commencing operations with the export of surplus foodgrain production and the trading of textiles, the business gradually diversified into the then underdeveloped market of commodity trading. The R.Piyarelall Group formally began operations as an incorporated body in India in 1981. From its modest beginning in 1981, in just over two and half decades, the Group turnover crossed the 6000 million mark maintaining the growth curve on not just its import-business, but in all spheres of its activities - from exports to logistics and manufacturing. Today Late Piyarelallji Agarwal would have been proud to see R.Piyarelall Group of Companies, that he founded grown and spread over its worldwide network of business associates, ... striving to build new and stronger bridges ... connecting supply to demand.

Copyright © 2004. R.Piyarelall Group, All Rights Reserved.



## The Company Today



Today, R. Piyarelall Group is a leading business conglomerate, which in addition to its flagship merchant Impex business and manufacturing exports, has diversified its activities into large scale basic industries and creation of infrastructure, shipping, logistics control, warehousing and real estate business. The group abides by the basic tenets of manufacturing, processing and trading business, as laid down by its founding father - that of adherence to strict quality control, commitment to schedule and building on goodwill. The current turn over of the Company for the year ended 31.03.2007 stands at US $ 200 million i.e. 100% increase over the previous year. The Company also owns a fleet of two brand new Self-propelled barges with a total capacity of approx. 6000 MT.

R. Piyarelall Group with its vast experience of over decades is today a market leader in commodities trading and a respected identity in the global arena. With a heritage in foodgrains trading that dates back to the early 20th century, the Group's core activities still focus on imports and exports. It's flagship company R. Piyarelall Import & Export Ltd. is the leader of import of pulses in India. Over the years Group's activities have diversified and divided into member companies under the group. Following companies are handling main activities of the group.

- R. Piyarelall Import & Export Ltd. - Import and wholesale trading in agroproducts, metals and other industrial products.

- R. Piyarelall International Pvt. Ltd. - Export of Agricultural produce, Iron Ore Fines other industrial and engineering products.

- Ramesh Kumar & Co. Pvt. Ltd. - Manufacture and export of industrial leather products.

With its Headquarter situated in Kolkata, India, the Group has branch offices in Mumbai, Delhi and all major ports of India. Its client-base and customer-list features leading channelising Public Sector undertakings (PSU's) and high ranking corporate bodies.

R. Piyarelall Group is associated with major Banks in India with excellent records.

The organisational hierarchy of the Group is headed by Mr.Ramesh Kumar Agarwal, son of Late Shri Piyarelall Agarwal, who is ably assisted by his two younger brothers Mr.Suresh Kumar and Mr.Naresh Kumar Agarwal in carrying

ahead true and time-tested tradition of a family-run business, young blood is groomed to take over the reins of the group in its journey ahead - young Siddharth, Varun and Karan Agarwal represent the youthful energy that infuses dynamism and verve in steering of R.Piyarelall Group.

**MARKETS**



Copyright © 2004. R.Piyarelall Group, All Rights Reserved.



- Home
- Company History
- The Company Today
- Product Gallery
- Associates & Bus. Partners
- Contact Us
- Enquiry
- E-mail

## Contact Us

### CORPORATE OFFICE

| | | |
|---|---|---|
| ADDRESS | : | "REGENT HOUSE" 12, GOVT. PLACE (EAST), IST FLOOR, KOLKATA - 700069 |
| TELEPHONE | : | +91-33-2230 2682 / 5907 / 2673 |
| FAX | : | +91-33-2230 9939 |
| TELEX | : | 021-2003 PLA IN |
| E-MAIL | : | cal@rpiyarelall.com |

### MUMBAI OFFICE

| | | |
|---|---|---|
| ADDRESS | : | 1102, Embassy Centre, 11th floor, Nariman Point, Mumbai |
| TELEPHONE | : | +91-22-5630 8597/ 98/ 99 / 2284 |
| FAX | : | +91-22-2282 2275 |
| E-MAIL | : | rplal@vsnl.net , sk@rpiyarelall.com |



### DELHI OFFICE

| | | |
|---|---|---|
| ADDRESS | : | 12, Doctors Lane, Classic House, 1st floor, Gole Market, New Delhi - 110001 |
| TELEPHONE | : | +91-11-2336 4195 |
| FAX | : | +91-11-2374 6455 |
| E-MAIL | : | rk@rpiyarelall.com |



### TUTICORIN OFFICE

| | | |
|---|---|---|
| ADDRESS | : | R. Piyarelall Import & Export Ltd. 5, Perira Street, 1st floor, Tuticorin - 628001. |
| TELEPHONE | : | 09843232185 |

### EXPORT HOUSE

| | | |
|---|---|---|
| ADDRESS | : | 3B & C, Everest House, 46-C, Jawaharlal Nehru Road, |

Kolkata - 700071

| | | |
|---|---|---|
| TELEPHONE | : | 91-33 2288 6140/7597/7014/8886 |
| FAX | : | 91-33 2288 8215 |
| E-MAIL | : | niharika@rkcl.biz |

Copyright © 2004. R.Piyarelall Group, All Rights Reserved.