# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 7



# R.P LOGISTICS PVT. LTD.

Logistics can be considered as a tool for getting resources like products, services and people, where they are needed and when they are desired. It is difficult to accomplish any marketing or manufacturing without logistical support. It involves the integration of information, transportation, inventory, warehousing, material handling and packaging.



Drawing on many years of experience in the Logistics industry, the ( developed its logistic arm to accomplish its marketing ambitions ir this short span since inception, we have chartered over 100 ship cargoes varying from Grains, Pulses and Minerals (Iron Ore) to India. We have also developed our own warehousing facilities ( approximately 160000 Sq.Ft. of efficiently equipped space adjacent Port to store Grains and Pulses apart from other non-hazardous carç



The Company's upper hand in offerinç logistic solutions in and around Kolka evidenced by the fact that, it is the exclusive figure to transport, store and ( Ore in bulk volume from Kolkata Port.

We also manage a fleet of lightering ves: bigger ships to overcome the draft restri( river channel of Kolkata by lightering at N

Copyright © 2004. R.Piyarelall Group. All Rights Reserved.