# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 8

A-1

**From I.R.**
भारत० आई० आर०

विभाग का प्रमाण पत्र

# CERTIFICATE OF INCORPORATION

No. U 63090 WB 2003 PTC 096042

of Date 09.09.2003

I hereby certify that R. P. LOGISTICS PRIVATE LIMITED

is this day incorporated under the Companies Act, 1956 (1 of 1956) and that the Company is limited.

Given under my hand at Kolkata this NINTH day of SEPTEMBER two thousand THREE.

( Anand Rao )
Deputy Registrar of Companies,
West Bengal