# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 9

A-2

# R.P. LOGISTICS PVT. LTD.

## LIST OF DIRECTORS

01.    Shri Siddharth Agarwal

02.    Shri Varun Agarwal

03.    Shri Karan Agarwal