# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 10

A-3

**RETURN OF INCOME** — **FORM NO. 1** — **ITS-1**

PERMANENT ACCOUNT NUMBER: [illegible]

Seal and Signature of Receiving Official

Stamp: 25 OCT 2005

NAME: [illegible] P[illegible]LOGISTICS PRIVATE LTD

ADDRESS: [illegible]GOVERNMENT PLACE (EAST) KOLKATA

PIN: 700067 (as printed: [illegible]) Telephone: [illegible]

4. Date of Incorporation: [illegible]-2003

5. Is there any change in Address? Yes ☐ No ☑

Circle / Special Range: [illegible]

8. Previous Year: 2004-05 9. Assessment Year: 2005-06

10. Residential Status: 01

11. U/s 139/142/148: 139

12. Whether Original ☑ or Revised ☐ Return?

If revised, Receipt No.: NA and date of filing original Return

13. Is this your first Return? Yes ☐ No ☑

**COMPUTATION OF TOTAL INCOME** (in Rs.)

| Item | Sch. | Code | Amount |
|---|---|---|---|
| 14. Income from house property | | | NIL |
| 15. Income from Business or profession | F-1B | | 5,60,405 |
| 16. Capital gains: a. Short term | | | NIL |
| b. Long term | | | NIL |
| 17. Income from other sources | | | NIL |
| 18. Gross total income | | | 5,60,405 |
| 19. Deductions Ch. VIA | | | NIL |
| 20. TOTAL INCOME | | | 5,60,405 |

In words: Five lacs Sixty thousand four hundred five only

21. Net agricultural income/any other income for rate purposes: NIL

Income claimed exempt: NIL

**STATEMENT OF TAXES** (in Rs.)

| Item | Sch. | Code | Amount |
|---|---|---|---|
| 23. Tax payable | | | 1,96,140 |
| 24. Surcharge | | | 8,925 |
| 25. Tax plus Surcharge | | | 2,05,065 |
| 26. Relief u/s 90 / 91 | | | NIL |
| 27. Balance Tax payable | | | 2,05,065 |
| 28. Tax deducted/collected at source | | | 5,94,356 |
| 29. Advance tax paid | | | [illegible] |
| 30. Balance tax payable | | | NIL |
| 31. Interest payable u/s 234A / 234B / 234C | | | — |
| 32. Self Assessment Tax paid | | | — |
| 33. Tax and interest payable | | | — |
| 34. Tax credit due u/s 115JAA | | | |
| 35. Balance tax and interest payable (33 - 34) | | | — |
| 36. Refund due, if any | | | 3,89,291 |
| 37. Additional income-tax + interest payable on distributed profits | | | — |
| 38. Additional income Tax and Interest paid | | | — |
| 39. Balance Additional income-tax and interest payable | | | — |
| 40. Total payable (35+39) or as the case may be (28-36) | | | 3,89,291 |

41. DETAILS OF BANK ACCOUNT(S) / CREDIT CARD AND OTHER PARTICULARS AS PER SCHEDULE-D

42. NO. OF DOCUMENTS / STATEMENTS ATTACHED

| Description | In Figures | In words | Description | In Figures | In words |
|---|---|---|---|---|---|
| a. Statement of taxable income | 1 | One | d. TDS Certificates | 13 | Thirteen |
| b. Audit report u/s 44AB | 14 | Fourteen | e. Challans | | |
| c. Statement of Accounts | 11 | Eleven | f. Others – [illegible] | 3 | Three |

**VERIFICATION**

I, SIDDHARTH AGARWAL (full name in block letters), son/daughter of SRI RAJNEESH KUMAR AGARWAL solemnly declare that to the best of my knowledge and belief, the information given in this return and the schedules and statements accompanying it is correct and complete, and that the amount of total income and other particulars shown therein are truly stated and are in accordance with the provisions of the Income-tax Act, 1961, in respect of income chargeable to income tax for the previous year relevant to the assessment year 2005-06. I further declare that I am making this return in my capacity as DIRECTOR and I am also competent to make this return and verify it.

Date: 24.10.2005

Place: KOLKATA

Name and Signature: [signature] Director

[illegible fine print]