# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

## EXHIBIT 11



HDFC BANK

HDFC BANK LTD.
SARAT BOSE ROAD
CENTRAL PLAZA
KOLKATA

KOLKATA
WEST BENGAL

**Statement of accounts**

| Date | Narration | Chq/Ref No | Value date | Withdrawl Amount | Deposit Amount | Closing Balance |
|---|---|---|---|---|---|---|
| | | | | | 36,000.00 | 298,256.56 |
| | | | | | 6,000.00 | 302,256.56 |
| | FUNDS TRSF-KOLKATTA | | | | 2,145.00 | 304,401.56 |
| | CENTRAL PLAZA KOLKATA | | | 53,132.00 | | 251,302.56 |
| | CHEQUE PAID | | | 920.00 | | 250,442.56 |
| | CHQ PAID-KOLKATTA-STEP | | | 100,000.00 | | 150,442.56 |
| | FUNDS TRSF-KOLKATTA | | | | 130,980.00 | 281,422.56 |
| | CHQ DEP | | | | 107,865.00 | 389,287.56 |
| | CHEQUE PAID-MICR INWARD | | | 16,780.00 | | 372,507.56 |
| | CHEQUE PAID-MICR INWARD | | | 31,080.00 | | 341,427.56 |
| | FUNDS TRSF-KOLKATTA | | | 16,540.00 | | 324,887.56 |
| | CHQ INCL-KOLKATTA-STEP | | | 150,000.00 | | 174,887.56 |
| | | | | | 2,935.00 | 177,822.56 |
| | FIXED VALUE DEPOSIT | | | | 354,782.00 | 522,605.56 |
| | Opening Balance | | | | | 150,872.15 |
| | Debits | | Dr Count: 78 | 2,104,789.59 | | |
| | Credits | | Cr Count: 23 | | 2,476,523.00 | 522,605.56 |
| | Closing Balance | | | | | |

END OF STATEMENT

Contents of this statement will be considered correct if no error is reported within 30 days of receipt of statement.

HDFC BANK LIMITED      * Closing Balance includes funds earmarked for hold and uncleared funds      Page No: 2
HDFC Bank Service Tax Registration Number: TRAVST/BANK & OTHER SERVICES/25/2001