# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 12



# R. PIYARELALL INTERNATIONAL PVT. LTD.

- Home
- Company History
- The Company Today
- Product Gallery
- Associates & Bus. Partners
- Contact Us
- Enquiry
- E-mail

Having established a foundation to ensure the smooth inflow of imports, the group launched R. Piyarelall International Pvt. Ltd. in 1988 with a focus on exports.

Agro-products, processed food, industrial and mineral products, pharmaceutical products, etc. are exported to the U.S.A, Europe, Africa, The Middle East, Far East, South-East Asia and all neighbouring countries.

In a short time-span the company has grown to become one of Eastern India's leading exporters. Today R. Piyarelall International Pvt. Ltd. consists of head quarters in Kolkata, India and subsidiaries and offices at all the major cities / ports in India with approximately 200 employees achieving a Sales Volume of more than 500,000 Metric Tons annually. The company was the first to venture into Iron Ore exports from Kolkata port and Projected Volume for the year 2006-07 is 1 million Metric Tons.

The Company started with a meagre annual turnover of approximately U.S. Dollars Six Million, and today, is a proud achiever in the export field with annual turnover exceeding U.S. Dollar Sixty Million.





With business performance, came public recognition. R. Piyarelall International Pvt. Ltd., is an Export House under Star category, a coveted recognition bestowed upon high end exporters by the Ministry of Commerce, Government of India.

Copyright © 2004. R.Piyarelall Group, All Rights Reserved.