# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 14

B-2

## R. Piyarelall International Pvt. Ltd.

### List of Directors

1) Mr. Ramesh Kumar Agarwal
2) Mr. Suresh Kumar Agarwal
3) Mr. Varun Agarwal
4) Mr. Rishi Agarwal