# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 15

B-3

# RETURN OF INCOME — FORM NO. 1 — ITS-1

(Under rule 12 of Income-tax Rules, 1962)
FOR COMPANIES OTHER THAN THOSE CLAIMING EXEMPTION U/S 11
• PLEASE FOLLOW INSTRUCTIONS AND FILL IN IMPORTANT SCHEDULES • PAN MUST BE QUOTED • USE BLOCK LETTERS ONLY

1. PERMANENT ACCOUNT NUMBER (PAN): AAPCB2135R (approx.)

**ACKNOWLEDGEMENT** (For Office use only)
Receipt No. 0881000729   Date ............

2. NAME: B. P. TYAGI & SONS INVESTMENT PVT. LTD. (as read)

3. ADDRESS: 4C, SHAMA BHAWAN ROAD, KOLKATA
   PIN: 700071   Telephone: 2280 5907

4. Date of incorporation: 10-17-1988
6. Ward / Circle / Special Range: 16-R-3 KOL

7. Previous Year: 2004-05    Assessment year: 2005-06
10. Residential Status: 01
11. Sec. 139(1)/139(4): 139
12. Whether Original / Revised / Return?
13. Revised Receipt No.: NA

**COMPUTATION OF TOTAL INCOME** (Sch.) (In Rs.)
14. Income from House Property F-2A ... NIL
15. Income from Business/Profession F-4B ... 1,68,74,063
16. Capital gains — Short term F-10 ... NIL
    Long term ... NIL
17. Income from other sources ... NIL
18. Gross total income ... 1,68,74,063
19. Deductions Ch-VI-A F-3 ... NIL
20. TOTAL INCOME F-5 ... 1,68,74,063
    (in words) One Crore Sixty Eight Lakh Seventy Four Thousand Sixty Three only
21. Net agricultural income / any other income for rate purposes F-6 ... NIL
22. Income claimed exempt ... NIL

**STATEMENT OF TAXES** (Sch.) (In Rs.)
23. Tax payable G-4 ... 45,05,921 (approx.)
25. Surcharge & Educ. cess G-6 ... 2,65,075
26. Tax after Surcharge G-7 ... 47,70,920 (approx.)
27. Relief u/s 90/91 G-8 ... 47,70,920
28. Balance Tax payable G-9 ... 1,75,422
29. Tax deducted/collected at source G-9A ... 34,68,660
30. Advance tax paid G-9B ... 
31. Balance tax payable G-10 ... 10,95,572
32. Interest payable u/s 234A/234B/234C G-12 ...
33. Self Assessment tax paid G-14 ... 11,56,680
34. Tax and interest payable G-15 ...
35. Tax credit due u/s 115JAA G-16 ...
36. Balance tax and interest payable (33-34) G-17 ...
37. Refund due, if any G-18 ... 66,488
38. Additional income-tax + interest payable on distributed profits G-19 ...
39. Additional income Tax and Interest paid G-20 ...
40. Balance Additional Income Tax and interest payable G-21 ...
41. Total payable (35+39) or (36 if any) G-22 ... 66,488

41. DETAILS OF BANK ACCOUNTS / CREDIT CARD AND OTHER PARTICULARS AS PER SCHEDULE-H

42. NO. OF DOCUMENTS/STATEMENTS ATTACHED

| Description | In figures | In Words | Description | In figures | In Words |
|---|---|---|---|---|---|
| (a) Statement of Taxable Income | 1 | One | (d) TDS Certificates | 2 | Two |
| (b) Audit report u/s 44AB | 17 | Seventeen | (e) Challans | 5 | Five |
| (c) Statements of A/c B/sheet | 28 | Twenty Eight | (f) Others | 5 | Five |

**VERIFICATION**
I, SIDDHARTH AGARWAL ... (full name in block letters) ... solemnly declare that to the best of my knowledge and belief, the information given in this return and the schedules and statements accompanying it is correct and complete ... in respect of total income and other particulars shown therein are truly stated and are in accordance with the provisions of the Income-tax Act, 1961, in respect of income chargeable to income tax for the previous year relevant to the assessment year 2005-06 ... I further declare that I am making this return in my capacity as DIRECTOR and I am also competent to make this return and verify it.

Date: 27-10-2005
Place: KOLKATA

Signature: Director

THE BOOK CORNER, 3, MANGOE LANE, KOLKATA-700 001, PH: 2248-4993/3078    Code: 171