# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

## EXHIBIT 16



B-4

HDFC BANK

We understand your world

[illegible]
[illegible] INTERNATIONAL PVT LTD
[illegible] GOVERNMENT PLACE EAST
1ST FLOOR,
KOLKATA 000378
WEST BENGAL
700069 [illegible]

HDFC BANK LTD.
[illegible] ROAD,
CENTRE PLAZA
KOLKATA

## Statement of accounts

Account No : [illegible]

Statement Period : 01-Aug-2006 TO 31-Aug-2006

| Date | Narration | Chq./Ref.Number | Value Dt. | Withdrawal Amount | Deposit Amount | Closing Balance* |
|---|---|---|---|---|---|---|
| 01-Aug-2006 | [illegible] | | 01-Aug-2006 | 0.00 | 732,587.46 | 732,587.46 |
| 01-Aug-2006 | CHEQUE [illegible] | [illegible] | 01-Aug-2006 | [illegible] | | [illegible] |
| 01-Aug-2006 | [illegible] | [illegible] | 01-Aug-2006 | 438,046.33 | | 294,371.46 |
| 01-Aug-2006 | [illegible] | [illegible] | 01-Aug-2006 | | [illegible] | 494,371.46 |
| 01-Aug-2006 | [illegible] | [illegible] | 01-Aug-2006 | | 1,000,000.00 | 1,494,371.46 |
| 01-Aug-2006 | CHQ RET [illegible] NOT CLEARED [illegible] | [illegible] | 01-Aug-2006 | 290,000.00 | | 1,204,371.46 |
| 01-Aug-2006 | [illegible] | | 01-Aug-2006 | 50.00 | | 1,204,321.46 |
| 01-Aug-2006 | [illegible] | | 01-Aug-2006 | 6.00 | | 1,204,315.46 |
| 01-Aug-2006 | [illegible] | | 01-Aug-2006 | 0.12 | | 1,204,315.34 |
| 02-Aug-2006 | [illegible] | [illegible] | 02-Aug-2006 | 251.00 | | 1,204,064.34 |
| 02-Aug-2006 | CHEQUE PAID [illegible] | [illegible] | 02-Aug-2006 | 626,332.00 | | 577,732.34 |
| 02-Aug-2006 | [illegible] | [illegible] | 02-Aug-2006 | | 1,000,000.00 | 1,577,732.34 |
| 02-Aug-2006 | CHEQUE PAID [illegible] | [illegible] | 02-Aug-2006 | 1,110.00 | | [illegible] |
| 03-Aug-2006 | FUNDS TRAN - KOLKATTA [illegible] | [illegible] | 03-Aug-2006 | 72,810.00 | | [illegible] |
| 03-Aug-2006 | [illegible] | [illegible] | 03-Aug-2006 | | 200,000.00 | [illegible] |
| 03-Aug-2006 | [illegible] | [illegible] | 03-Aug-2006 | | 200,000.00 | [illegible] |
| 03-Aug-2006 | [illegible] KOLKATTA [illegible] | [illegible] | 03-Aug-2006 | [illegible] | | [illegible] |
| 03-Aug-2006 | [illegible] KOLKATTA [illegible] | [illegible] | 03-Aug-2006 | [illegible] | | [illegible] |
| 03-Aug-2006 | [illegible] KOLKATTA [illegible] | [illegible] | 03-Aug-2006 | [illegible] | | [illegible] |
| 03-Aug-2006 | [illegible] KOLKATTA [illegible] | [illegible] | 03-Aug-2006 | 10,000.00 | | [illegible] |
| 03-Aug-2006 | CHQ RET [illegible] | [illegible] | 03-Aug-2006 | 300,000.00 | | [illegible] |
| 03-Aug-2006 | [illegible] | | 03-Aug-2006 | [illegible] | | [illegible] |
| 03-Aug-2006 | [illegible] | | 03-Aug-2006 | [illegible] | | [illegible] |

Contents of this statement will be considered correct if no error is reported within 30 days of receipt of statement.

HDFC BANK LIMITED

* Closing balance includes funds earmarked for hold and uncleared funds

HDFC Bank Service Tax Registration Number: [illegible] BANK & OTHER SERVICES [illegible]
Registered Office Address: HDFC Bank House, [illegible] Marg, Lower Parel, Mumbai 400013

**HDFC BANK**

We understand your world

[illegible]
[illegible] INTERNATIONAL PVT LTD
13 GOVERNMENT PLACE EAST
1ST FLOOR
KOLKATA
WEST BENGAL
INDIAN [illegible]

000378

HDFC BANK LTD.
[illegible] ROAD,
CENTRAL PLAZA
KOLKATA

B-4

## Statement of accounts

Account No. : [illegible]

Statement From : [illegible]-Aug-2006 To : [illegible]-Aug-2006

| Date | Narration | Chq./Ref.No. | Value Dt | Withdrawal Amount | Deposit Amount | Closing Balance* |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | 03-Aug-2006 | 0.42 | | [illegible] |
| [illegible]-Aug-2006 | [illegible] KOLKATA | [illegible] | 04-Aug-2006 | [illegible] | | 1,341,079.[illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | 1,341,[illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | 11,[illegible] | | 1,3[illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 07-Aug-2006 | 10,[illegible] | | 1,3[illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 07-Aug-2006 | [illegible] | | [illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] | [illegible] | 07-Aug-2006 | | [illegible] | 1,06[illegible] |
| [illegible]-Aug-2006 | [illegible] - STEP [illegible] PLAZA KOLKATA | [illegible] | 07-Aug-2006 | | 10,[illegible] | 1,0[illegible] |
| [illegible]-Aug-2006 | [illegible] - STEP CENT PLAZA KOLKATA | 0 | [illegible]-Aug-2006 | [illegible] | | 1,0[illegible] |
| [illegible]-Aug-2006 | [illegible] CANCELLAT [illegible] KOLKATA | [illegible] | 07-Aug-2006 | 32.00 | | 1,0[illegible] |
| [illegible]-Aug-2006 | SERVICE TAX [illegible] CANCELLAT [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | 0.[illegible] | | 1,0[illegible] |
| [illegible]-Aug-2006 | [illegible] CANCELLAT [illegible] KOLKATA | [illegible] | 08-Aug-2006 | [illegible] | | 1,0[illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | 1,0[illegible] |
| [illegible]-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 08-Aug-2006 | [illegible] | | [illegible] |
| [illegible]-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 08-Aug-2006 | [illegible] | | [illegible] |
| [illegible]-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible]-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 10-Aug-2006 | | [illegible] | [illegible] |
| [illegible]-Aug-2006 | FT [illegible] KOLKATA | [illegible] | 10-Aug-2006 | 1,[illegible] | | [illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | [illegible] | | 1,[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | [illegible] | | 1,[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | [illegible] | | 1,442,[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | [illegible] | | 1,422,[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | [illegible] | | 1,412,[illegible] |
| [illegible]-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | | | | | |

Contents of this statement will be considered correct if no error is reported within 30 days of receipt of statement.

HDFC BANK LIMITED

*Closing balance includes funds earmarked for hold and uncleared funds

HDFC Bank Service Tax Registration Number: [illegible] BANK & OTHER SERVICES [illegible]
Registered Office Address: HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai 400013

**HDFC BANK**

We understand your world

[illegible]
[illegible] INTERNATIONAL PVT LTD
13 GOVERNMENT PLACE EAST
1 ST FLOOR
KOLKATA
WEST BENGAL
[illegible] IN
[illegible]

HDFC BANK LTD.
[illegible] ROAD,
CENTRAL PLAZA
KOLKATA

B-4

## Statement of accounts

Account No : [illegible]

Statement Period : 01-Aug-2006 To 31-Aug-2006

| Date | Narration | Chq./Ref.No. | Value Dt | Withdrawal Amount | Deposit Amount | Closing Balance* |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] CHG [illegible] | | 03-Aug-2006 | 0.12 | | 1,359,046.32 |
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 04-Aug-2006 | [illegible] | | 1,351,079.22 |
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 04-Aug-2006 | 3,553.00 | | 1,341,[illegible] |
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 04-Aug-2006 | 11,071.00 | | 1,330,[illegible] |
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 07-Aug-2006 | 10,640.00 | | 1,319,[illegible] |
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] | [illegible] | 07-Aug-2006 | 600,000.00 | | [illegible] |
| 07-Aug-2006 | [illegible] - KOLKATTA - STEP CENT PLAZA KOLKATA | [illegible] | 07-Aug-2006 | | [illegible] | 1,06[illegible] |
| 07-Aug-2006 | [illegible] - KOLKATTA - STEP CENT PLAZA KOLKATA | [illegible] | 07-Aug-2006 | | 40,000.00 | 1,0[illegible] |
| 07-Aug-2006 | [illegible] A/C CANCELLATION CHARGE [illegible] KOLKATA | 0 | 07-Aug-2006 | 500.00 | | 1,066,[illegible] |
| 07-Aug-2006 | SERVICE TAX [illegible] A/C CANCELLAT [illegible] KOLKATA | 000000000000 | 07-Aug-2006 | 22.00 | | 1,066,[illegible] |
| [illegible] | [illegible] A/C CANCELLAT [illegible] KOLKATA | [illegible] | 07-Aug-2006 | 0.94 | | 1,066,[illegible] |
| 08-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 08-Aug-2006 | 3,947.38 | | 1,062,148.[illegible] |
| [illegible] | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 09-Aug-2006 | 3,622.50 | | 1,0[illegible] |
| [illegible] | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 09-Aug-2006 | 84,[illegible] | | 973,714.43 |
| [illegible] | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 09-Aug-2006 | 73,584.00 | | 900,130.43 |
| [illegible] | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 09-Aug-2006 | 2,[illegible] | | [illegible] |
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 09-Aug-2006 | [illegible] | | [illegible] |
| 10-Aug-2006 | FT - [illegible] KOLKATA | [illegible] | 10-Aug-2006 | | 2,500,000.00 | 3,3[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | 1,700,000.00 | | 1,5[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | [illegible] | | 1,5[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | [illegible] | | 1,4[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | 50,000.00 | | 1,442,[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | 20,000.00 | | 1,422,[illegible] |
| 10-Aug-2006 | MC ISSUED - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 10-Aug-2006 | 10,000.00 | | 1,412,[illegible] |

Contents of this statement will be considered correct if no error is reported within 30 days of receipt of statement.

HDFC BANK LIMITED

*Closing balance includes funds earmarked for hold and uncleared funds

HDFC Bank Service Tax Registration Number: [illegible] & OTHER SERVICES [illegible]

Registered Office Address: HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai 400013

HDFC BANK

We understand your world

B-4

[illegible]
[illegible] INTERNATIONAL PVT LTD
12 GOVERNMENT PLACE EAST
1 ST FLOOR.
KOLKATA
WEST BENGAL
700069
030375

HDFC BANK LTD
[illegible] ROAD,
[illegible] PLAZA
KOLKATA

# Statement of accounts

Account No : [illegible]

Statement From : [illegible] TO [illegible]

| Date | Narration | Chq./Ref.No. | Value Dt | Withdrawal Amount | Deposit Amount | Closing Balance* |
|---|---|---|---|---|---|---|
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | 62,801.80 | | [illegible] |
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | 60,500.00 | | [illegible] |
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 21-Aug-2006 | 337.00 | | [illegible] |
| [illegible] | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | 21,396.00 | | [illegible] |
| [illegible] | [illegible] HIGH VALUE [illegible] BRANCH [illegible] KOLKATA | [illegible] | 21-Aug-2006 | | 250,000.00 | [illegible] |
| [illegible] | FUNDS TRAN - KOLKATA - [illegible] CENT PLAZA KOLKATA | [illegible] | 21-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | CHEQUE DEPOSITED NOT CLEARED [illegible] KOLKATA | [illegible] | 21-Aug-2006 | 200,000.00 | | [illegible] |
| [illegible] | [illegible] CENT PLAZA KOLKATA | [illegible] | 21-Aug-2006 | | 500,000.00 | [illegible] |
| 21-Aug-2006 | [illegible] KOLKATA | | 21-Aug-2006 | 50.00 | | [illegible] |
| [illegible] | [illegible] KOLKATA | | 21-Aug-2006 | 6.00 | | [illegible] |
| [illegible] | [illegible] KOLKATA | | 21-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | [illegible] KOLKATA | 0 | [illegible]-Aug-2006 | | [illegible] | [illegible] |
| [illegible] | [illegible] - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | [illegible] - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | 2,500.00 | | [illegible] |
| [illegible] | [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | CHEQUE PAID - HIGH VALUE INWARD [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | CHEQUE PAID - HIGH VALUE INWARD [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | FT - [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | | 1,000,000.00 | [illegible] |
| [illegible] | FT - [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | | 1,000,000.00 | [illegible] |
| [illegible] | [illegible] - KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | FUNDS TRAN - KOLKATTA - ST [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | FT - [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | | 1,000,000.00 | [illegible] |
| [illegible] | CHEQUE PAID - HIGH VALUE INWARD [illegible] | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | CHEQUE PAID - HIGH INWARD [illegible] KOLKATA | [illegible] | 24-Aug-2006 | 3,370.00 | | [illegible] |

Contents of this statement will be considered correct if no error is reported within 30 days of receipt of statement.

HDFC BANK LIMITED

* Closing balance includes funds earmarked for hold and uncleared funds

HDFC Bank Service Tax Registration Number: [illegible]

Registered Office Address: HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai 400013

HDFC BANK

We understand your world

[illegible]
[illegible] INTERNATIONAL PVT. LTD
[illegible] PLACE EAST
1 ST FLOOR

KOLKATA COUS78
WEST BENGAL
700069 [illegible]

HDFC BANK LTD
[illegible] ROAD,
CENTRAL PLAZA
KOLKATA

b-4

# Statement of accounts

Statement Period : [illegible]-Aug-2006 To 31-Aug-2006 Account Number [illegible]

| Date | Narration | Chq/Ref. Number | Value Date | Withdrawal Amount | Deposit Amount | Closing Balance* |
|---|---|---|---|---|---|---|
| [illegible]-Aug-2006 | FT - [illegible] CMS KOLKATA | [illegible] | 2[illegible]-Aug-2006 | | 2,900,000.00 | 3,7[illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - HIGH VALUE INWARD [illegible] KOLKATA | [illegible] | 2[illegible]-Aug-2006 | 800,005.02 | | [illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - HIGH VALUE INWARD [illegible] KOLKATA | [illegible] | 2[illegible]-Aug-2006 | [illegible] | | 2,[illegible] |
| 24-Aug-2006 | [illegible] KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 24-Aug-2006 | [illegible] | | 1,[illegible] |
| 24-Aug-2006 | [illegible] KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 24-Aug-2006 | 90,000.00 | | 1,[illegible] |
| 25-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 25-Aug-2006 | 1,000,000.00 | | [illegible] |
| 25-Aug-2006 | FT - [illegible] CMS KOLKATA | [illegible] | 25-Aug-2006 | | 700,000.00 | 1,[illegible] |
| 26-Aug-2006 | [illegible] KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 2[illegible]-Aug-2006 | 1,[illegible] | | [illegible] |
| 2[illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 2[illegible]-Aug-2006 | [illegible] | | [illegible] |
| 2[illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 2[illegible]-Aug-2006 | [illegible] | | 3[illegible] |
| 2[illegible]-Aug-2006 | FT - [illegible] CMS KOLKATA | [illegible] | 2[illegible]-Aug-2006 | | [illegible] | [illegible] |
| 2[illegible]-Aug-2006 | [illegible] KOLKATTA - STGP [illegible] KOLKATA | [illegible] | 2[illegible]-Aug-2006 | 100,000.00 | | [illegible] |
| 2[illegible]-Aug-2006 | [illegible] KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 2[illegible]-Aug-2006 | [illegible] | | [illegible] |
| 2[illegible]-Aug-2006 | [illegible] KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 2[illegible]-Aug-2006 | 3,[illegible] | | [illegible] |
| 2[illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 2[illegible]-Aug-2006 | [illegible] | | [illegible] |
| 2[illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 2[illegible]-Aug-2006 | [illegible] | | [illegible] |
| 2[illegible]-Aug-2006 | CHEQUE PAID - MICR INWARD [illegible] KOLKATA | [illegible] | 2[illegible]-Aug-2006 | [illegible] | | [illegible] |
| 2[illegible]-Aug-2006 | FT - [illegible] CMS KOLKATA | [illegible] | 2[illegible]-Aug-2006 | | 500,000.00 | 1,[illegible] |
| 2[illegible]-Aug-2006 | [illegible] KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 2[illegible]-Aug-2006 | [illegible] | | [illegible] |
| 31-Aug-2006 | [illegible] KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | 31-Aug-2006 | [illegible] | | [illegible] |
| [illegible]-Aug-2006 | FT - [illegible] CMS KOLKATA | [illegible] | [illegible]-Aug-2006 | | [illegible] | [illegible] |
| [illegible]-Aug-2006 | FT - [illegible] CMS KOLKATA | [illegible] | [illegible]-Aug-2006 | | 1,[illegible] | 2,[illegible] |
| [illegible]-Aug-2006 | CHEQUE PAID - HIGH VALUE INWARD [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | 1,[illegible] |
| [illegible]-Aug-2006 | [illegible] KOLKATTA - ST - [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | 1,[illegible] | | [illegible] |

Contents of this statement will be considered correct if no error is reported within 30 days of receipt of statement.

HDFC BANK LIMITED

* Closing balance includes funds earmarked for hold and uncleared funds

HDFC Bank Service Tax Registration Number: [illegible] BANK & OTHER SERVICES [illegible]
Registered Office Address: HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai 400013

HDFC BANK

We understand your world

[illegible]
[illegible] INTERNATIONAL PVT LTD
[illegible]
1ST FLOOR,

KOLKATA
WEST BENGAL
[illegible]

HDFC BANK LTD.
[illegible] BOSE ROAD,
CENTRAL PLAZA,
KOLKATA

Statement of accounts

| Date | Narration | Chq./Ref. Number | Value Dt | Withdrawal Amount | Deposit Amount | Closing Balance* |
|---|---|---|---|---|---|---|
| [illegible] | CHEQUE PAID - [illegible] [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | CHEQUE PAID - [illegible] [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | 2,140.00 | | [illegible] |
| [illegible] | [illegible] BRANCH [illegible] KOLKATA | [illegible] | [illegible]-Aug-2006 | | [illegible] | [illegible] |
| [illegible] | [illegible] CENTRAL PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | [illegible] - KOLKATTA - [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| [illegible] | [illegible] - KOLKATTA - [illegible] CENT PLAZA KOLKATA | [illegible] | [illegible]-Aug-2006 | [illegible] | | [illegible] |
| | Opening Balance : | | | | | [illegible] |
| | Total Debit : | Dr. Count : 100 | | [illegible] | | |
| | Total Credit : | Cr. Count : 24 | | | [illegible] | |
| | Closing Balance : | | | | | [illegible] |

END OF STATEMENT

Contents of this statement will be considered correct if no error is reported within 30 days of receipt of statement.

HDFC BANK LIMITED

Page No.: [illegible]

* Closing balance includes funds earmarked for hold and uncleared funds

HDFC Bank Service Tax Registration Number: [illegible] BANK & OTHER SERVICES [illegible]

Registered Office Address: HDFC Bank House, Senapati Bapat Marg, Lower Parel, Mumbai [illegible]