# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 19

**George Murray**

| | |
|---|---|
| From: | Swanson, Sarah L -Legal [sarah.l.swanson@bankofamerica.com] |
| Sent: | Thursday, June 28, 2007 3:46 PM |
| To: | George Murray; Martha M. Fletcher |
| Cc: | Barry J. Glickman; Swanson, Sarah L -Legal |
| Subject: | RE: Release of Funds in OGI OCEANGATE TRANSPORTATION Co., Ltd. v. RP LOGISTICS PVT LTD. AND R.PIYARELALL INTERNATIONAL PVT., LTD., 06 CV. 9441 (RWS). |
| Importance: | High |
| Attachments: | Swanson, Sarah L.vcf |

6-28-2007

RE: OGI OCEANGATE TRANSPORTATION Co., Ltd. v. RP LOGISTICS PVT LTD. AND R.PIYARELALL INTERNATIONAL PVT., LTD.,
Case No.: 06 CV. 9441

To All,

Pursuant to your request below, kindly note BANA is currently sequestering funds in the amount of $430,898.44, which was captured on October 18, 2006 with wire transaction no.: 2006101800073389 for party defendant, R.PIYARELALL INTERNATIONAL PVT., LTD..

Mr. Murray, kindly note, you may contact me directly to provide further instructions on whether or not these funds are to be released.

Please let me know if you have any additional questions at this time.

Warmly,


*Sarah L. (Goddard) Swanson, NCCP*
*Maritime Coordinator*
*NC Notary Public*

Phone: 704.386.9334
Fax: 704.719.8478
Email: sarah.l.swanson@bankofamerica.com

Bank of America

Legal Department - GCIB - GTS & GWIM

Mail Code: NC1-002-29-01

Bank of America Plaza

101 S. Tryon Street - 30th Floor

Charlotte, NC 28255-0001

This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.

If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.

**From:** Martha M. Fletcher [mailto:MFletcher@zeklaw.com]
**Sent:** Thursday, June 28, 2007 12:18 PM
**To:** Swanson, Sarah L -Legal
**Cc:** Barry J. Glickman
**Subject:** FW: Release of Funds in OGI OCEANGATE TRANSPORTATION Co., Ltd. v. RP LOGISTICS PVT LTD. AND R.PIYARELALL INTERNATIONAL PVT., LTD., 06 CV. 9441 (RWS).
**Importance:** High

Sarah,

Please find below the cease and desist received in the above-referenced matter. The defendants appear to be defendants in another, unrelated pending matter.

Martha Fletcher
On behalf of Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5300 ext. 614   (telephone)
(212) 753-0396 (facsimile)
e-mail: mfletcher@zeklaw.com
www.zeklaw.com

This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.

If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.

---

**From:** George Murray [mailto:gmurray@codus-law.com]
**Sent:** Thursday, June 28, 2007 9:30 AM
**To:** Barry J. Glickman
**Cc:** Martha M. Fletcher
**Subject:** Release of Funds in OGI OCEANGATE TRANSPORTATION Co., Ltd. v. RP LOGISTICS PVT LTD. AND R.PIYARELALL INTERNATIONAL PVT., LTD., 06 CV. 9441 (RWS).

Barry and Martha:

We represent the defendants RP Logistics PVT Ltd. and R.Piyarelall International Pvt., Ltd. in a lawsuit that is now pending in the U.S. District Court for the Southern District of New York. The case is styled as OGI OCEANGATE TRANSPORTATION Co., Ltd. v. RP LOGISTICS PVT LTD. AND R.PIYARELALL INTERNATIONAL PVT., LTD., 06 CV. 9441 (RWS).

7/10/2007

In connection with that action, the plaintiff obtained a Process of Maritime Attachment and Garnishment directing certain garnishees, including American Express Bank Ltd. and The Bank of America, to restrain any EFT transfers being made to or from the defendants. We understand that significant funds were restrained and that these banks may be holding such funds.

The purpose of this email is to notify you that, by Opinion dated June 21, 2007, the U.S. District Court has vacated the attachment. For your guidance, we attach herewith a copy of Judge Sweet's opinion.

Under the circumstances, you should not, in any event, restrain any further EFT payments being made to or from the defendant. Furthermore, and before we provide you with instructions to release any funds held in this action, we ask that you identify all amounts currently under restraint by your bank pursuant to the Process of Maritime Attachment dated October 17, 2006 and that you do not release any such amounts except upon our instructions.

We thank you for your attention to this matter, and we look forward to hearing from you.

Sincerely,
George Murray

George E. Murray
Associate
Chalos O'Connor & Duffy LLP
366 Main Street
Port Washington, NY 11050
Phone: 516-767-3600
Fax: 516-767-3925
email: gmurray@codus-law.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7/10/2007