# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 23

JUDGE JONES

**07 CIV 5730**
Docket No.

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York (or designated process server) – GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 17th day of June 2007 by

**UNITHAI MARITIME LIMITED**

Plaintiff,

**RP LOGISTICS PVT. LTD. and
R. PIYARELALL INTERNATIONAL PVT. LTD.**

Defendants.

in a certain action for breach of maritime contract wherein it is alleged that there is due and owing from the Defendants to the said Plaintiff the amount of $559,353.00 and praying for process of maritime attachment and garnishment against the said Defendants,

WHEREAS, this process is issued pursuant to such prayer and requires that a garnishee(s) shall serve their answer(s), together with answers to any interrogatories served with the Complaint, within 20 days after service of process upon him and requires that Defendants shall serve their answers within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendants cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach other property, credit and effects to the amount sued for in the hands of:

ABN, Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC Bank USA Bank, J.P. Morgan Chase, Standard Chartered Bank, and/or Wachovia Bank N.A.

to wit: property, letters of credit, deposits, funds, credits, bills of lading, debts, settlement agreements, or other assets, tangible or intangible, in whatever form of:

**RP LOGISTICS PVT. LTD. and
R. PIYARELALL INTERNATIONAL PVT. LTD.**

and that you promptly after execution of this process, file the same in this court with your return thereon.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of said Court, this 18 day of June 2007, and of our Independence the two-hundred and thirty-first.

Vandeventer Black, LLP
Attorneys for Plaintiff
500 World Trade Center
Norfolk, VA 23510
phone (757)446-8600

J. MICHAEL McMAHON CERTIFIED COPY
Clerk    J. MICHAEL McMAHON,    CLERK
By: _____
Deputy Clerk    BY _____
DEPUTY CLERK

NOTE: *This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and/or New York Civil Practice Law and Rules, Article 62.*