# ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT

# EXHIBIT 24

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendants,
RP Logistics Pvt Ltd. and R. Piyarelall
International Pvt. Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:      516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITHAI MARITIME, LTD.

   Plaintiff,

 - against -

RP LOGISTICS PVT LTD. and
R.PIYARELALL INTERNATIONAL
PVT. LTD.

   Defendants.
-------------------------------------------------------------x

07 CV 5730 (BSJ)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS**

  PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by the Defendants, RP LOGISTICS PVT LTD. and R.PIYARELALL INTERNATIONAL PVT. LTD., to represent said Defendants in the above entitled action, and Chalos, O'Connor & Duffy LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy LLP at its office as listed below.

  PLEASE TAKE FURTHER NOTICE, that Defendants RP LOGISTICS PVT LTD. and R.PIYARELALL INTERNATIONAL PVT. LTD., by its attorneys, Chalos, O'Connor & Duffy LLP, hereby enters a restrictive appearance on behalf of said Defendants pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff UNITHAI

MARITIME, LTD. with respect to money, funds and EFT payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter on June 18, 2007 and any other or supplemental garnishees who may restrain the property of Defendants RP LOGISTICS PVT LTD. and R.PIYARELALL INTERNATIONAL PVT. LTD. and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: Port Washington, New York
July 1, 2007

            CHALOS O'CONNOR & DUFFY, LLP
            Attorneys for Defendants
            RP LOGISTICS PVT LTD. and
            R.PIYARELALL INTERNATIONAL PVT. LTD.

By: _____
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York
11050
Tel:    516-767-3600
Telefax: 516-767-3605
Email: ofd@codus-law.com

To: Via ECF
   Clerk of the Court
   United States District Court
   Southern District of New York
   500 Pearl Street
   New York, New York
   10007

To: Via ECF
   Vandeventer Black LLP
   Attorneys for the Plaintiff
   UNITHAI MARITIME LTD.
   500 World Trade Center
   Norfolk, Virginia
   23510

   Attn:   Lawrence G. Cohen, Esq.

cc:    Via U.S. Mail and Facsimile
       ABN Amro Bank N.V., as garnishee
       55 East 52nd Street
       New York, New York 10055
       Fax: (212) 409-7303

       Attn: Legal Department


cc:    Via U.S. Mail and email
       American Express Bank, as garnishee
       c/o Zeichner Ellman & Krause LLP, as counsel
       575 Lexington Avenue, 10th Floor
       New York, New York 10022
       Email: blglickman@zeklaw.com
              mfletcher@zeklaw.com

       Attn:   Barry Glickman, Esq.


cc:    Via U.S. Mail and email
       Bank of America, as garnishee
       c/o Zeichner Ellman & Krause LLP, as counsel
       575 Lexington Avenue, 10th Floor
       New York, New York 10022
       Email: blglickman@zeklaw.com
              mfletcher@zeklaw.com

       Attn:   Barry Glickman, Esq.


cc:    Via U.S. Mail and Facsimile
       The Bank of New York, as garnishee
       120 Broadway, 19th Floor
       New York, NY 10271
       Fax: (212) 693-5040

       Attn: Legal Department


cc:    Via U.S. Mail and Email
       Citibank, as garnishee
       388 Greenwich Street, 17th Floor
       New York, NY 10013
       Email: mary.b.mihalik@citi.com

       Attn: Mary B. Mihalik, Assistant Vice President

cc:    <u>Via U.S. Mail and Facsimile</u>
       Deutsche Bank, as garnishee
       60 Wall Street
       New York, NY 10005
       Fax: (212) 797 4567

       Attn: Legal Department

cc:    <u>Via U.S. Mail and Facsimile</u>
       HSBC Bank USA, N.A. as garnishee
       452 Fifth Avenue
       New York, NY 10018
       Fax: (716) 841-7651

       Attn: Legal Department

cc:    <u>Via U.S. Mail and Facsimile</u>
       J.P. Morgan Chase, as garnishee
       One Chase Manhattan Plaza, 20th Floor
       New York, NY 10081
       Fax: (917) 464-8069

       Attn: Legal Department

cc:    <u>Via U.S. Mail and Email</u>
       Standard Chartered Bank, as garnishee
       One Madison Avenue
       New York, NY 10010
       Email: Johanna.Varga@us.standardchartered.com
              Paula.i.pena@us.standardchartered.com

       Attn: Ms. Johanna G. Vargas

cc:    <u>Via U.S. Mail and Email</u>
       Wachovia Bank, N.A., as garnishee
       11 Penn Plaza, 4th Floor
       New York, NY 10001
       Email: dennis.ansbro@wachovia.com
              Barbara.heneks@wachovia.com