CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendants,
RP Logistics Pvt Ltd. and R. Piyarelall
International Pvt. Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:    516-767-3600
Telefax:        516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITHAI MARITIME, LTD.,                          :
                                                 :
                    Plaintiff,                   :          07 CV 5730 (BSJ)
                                                 :
        - against -                              :
                                                 :
RP LOGISTICS PVT LTD. and                        :
R.PIYARELALL INTERNATIONAL                       :
PVT. LTD.                                        :
                                                 :
                    Defendants.                  :
                                                 :
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/07 dc

## ORDER TO SHOW CAUSE
## WHY RULE B ATTACHMENT SHOLD NOT BE VACATED

Upon the annexed affidavit of Owen F. Duffy, dated July 13, 2007, the exhibits

thereto, the accompanying Memorandum of Law and the pleadings and proceedings

heretofore had herein:

Let the Plaintiff UNITHAI MARITIME, LTD. (hereinafter "Unithai Maritime")

show cause before the Honorable Barbara S. Jones, United States District Judge, at 500

Pearl Street, Courtroom 18B, New York, New York 10007, pursuant to Supplemental

Admiralty Rule E and Local Admiralty Rule E.1, which provides for an adversary

1

hearing on attachment within three court days, on the __19__ day of July, 2007 at __10____

o'clock, _a_.m., or as soon thereafter as counsel can be heard, why the following relief

should not be granted:

1.      An ORDER vacating the Process of Maritime Attachment and Garnishment on

the basis that:

   a)  The Plaintiff does not have a valid *prima facie* maritime claim against either

       Defendant RP LOGISTICS PVT LTD. or Defendant R. PIYARELALL

       INTERNATIONAL PVT. LTD.; and/or

   b)  The Plaintiff does not have a valid *prima facie* alter ego claim against defendant,

       R. PIYARELALL INTERNATIONAL PVT. LTD.; and/or

   c)  Vacatur is appropriate under the limited circumstances articulated in the Second

       Circuit decision of <u>Aqua Stoli</u>.

or in the alternative,

2.      An ORDER for such other and further relief as the Court may deem just and

proper in the circumstances of this case.


        Let service of a copy of this Order, and the accompanying Affidavit, Exhibits and

Memorandum of Law, be served on counsel for the Plaintiff, Vandeventer Black LLP, on

or before __6__ o'clock, _p_.m., on July _16_, 2007. In light of the fact that attorneys for

the Plaintiff are located in Virginia, Service of this Order is to be made by Federal

Express and ECF filing, which is deemed to constitute good and sufficient service;

        Answering papers, if any, including but not limited to affidavits, affirmations,

declarations, exhibits and/or memorandum of law, shall be served so as to be received by

2

counsel for the movant, Chalos, O'Connor & Duffy, LLP at their offices at 366 Main

Street, Port Washington, New York, 11050, by either telefax or email on or before the _18_

day of July, 2007 at _2_ o'clock _p_.m.;

Reply papers, if any, on behalf of the movant shall be served by ECF filing so as

to be received by counsel for the Plaintiff at their offices as described above, on or before

the _19_ day of July 2007 at _8:30_ o'clock _a_.m.


Dated:  New York, New York
        July _17_, 2007


_____
Honorable Barbara S. Jones/U.S.D.J.


To:     Vandeventer Black LLP
        Attorneys for the Plaintiff
        UNITHAI MARITIME LTD.
        500 World Trade Center
        Norfolk, Virginia
        23510

        Attn: Lawrence G. Cohen, Esq.

        Telephone:    (757) 446-8600
        Telefax:      (757) 446-8670
        Email:        lcohen@vanblk.com


3