# EXHIBIT 1

Ikal a 9

| CODE NAME "CONGEN BILL" EDITION 1994 | CHARTER PARTY BILLS OF LADING | C 1.2 page 2 |
|---|---|---|
| Shipper<br>R. PIYARELALL INTERNATIONAL PVT LTD.<br>12 GOVERNMENT PLACE (EAST)<br>1ST FLOOR, KOLKATA-700 069, INDIA | | B/L No. 01 |
| | | REFERENCE NO |
| Consignee<br>TO ORDER | | NON-NEGOTIABLE COPY |
| Notifying<br>CHINA NATIONAL MINERALS CO. LTD<br>MINMETAL PLAZA NO. 5 SANLIHE ROAD<br>HAIDIAN DISTRICT BEIJING P. R. CHINA | | D |
| Name of carrying vessel<br>MV. IKAL | Port of loading<br>KOLKATA PORT, INDIA | |
| Port of discharge<br>ONE NORTH CHINA PORT, CHINA | | |
| Description of goods<br>NAME OF COMMODITY : IRON ORE FINES<br>COUNTRY OF ORIGIN : INDIA | Gross Weight<br>QUANTITY :   10103.00WMT | |
| "FREIGHT PAYABLE AS PER CHARTER PARTY" | CLEAN ON BOARD<br>03.07.2006 | [PURBA BHARATI SHIPPING AGENCY KOLKATA stamp] |

(of which  NIL   on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per<br>CHARTER - PARTY DATED : 21.06.2006<br><br>FREIGHT ADVANCE<br>Received and account of freight:<br>.................................<br><br>Time used for<br>loading......Days......Hours<br><br><br><br>Sold by<br>Zono Bogtrykkeri A/S, 55 Toldbodgade,<br>DK-1253 Copenhagen K, 33 93 11 84<br>Of the Baltic and International Maritime Council<br>Copenhagen | SHIPPED at the Port of Loading in apparent good order and condition on board the vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, quantity, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
|---|---|
| | **FOR CONDITIONS OF CARRIAGE SEE OVERLEAF** |
| | Freight Payable as per Charter Party | Place and date of issue<br>KOLKATA    03.07.2006 |
| | Number of original B/L<br><br>3 (THREE) | Signature<br>for PURBA BHARATI SHIPPING AGENCY (P) LTD.<br>[signature]<br>As Agents<br>FOR & ON BEHALF OF<br>MASTER MV. IKAL<br>CAPT. RIM PYO |