# EXHIBIT 2

Date : 24.06.2006.

I do hereby authorise M/s. Purba Bharati Shipping Agency Pvt. Ltd., 6, Strand Road, 1st Floor, Calcutta-700 001 to sign Bills of Lading on my behalf.

M.V. IKAL
MASTER

Master