# EXHIBIT 3

第 1 页，共 1 页 (B)

---

oceangate

发件人： "Telex" <NOTKNOWN@GNCCOMTEXT.COM>
收件人： <oceangate@public.bta.net.cn>
发送时间： 2006年7月5日 14:12
主题： Telex Message For 94079390-OCGT G

94079390-OCGT G
444517010=IKLX X
CI

BEIJING LES 444517010=IKLX X 5-JUL-2006 06:07:21 732153
8
TO OGI
FM IKAL
REF?37-26 5TH JULY 06.

GD DAY SIR.
RYTLX WZ MANY THS.

PLS VSL NOT ANY ISSUED AUTHORIZATION OF S/R BS/L TO CHARTS AGENT.
WE REMEMBER LAST VOYAGE.
I WONDER CHRI'S AGENT VERY CHEAT MAN..

THKS N B.RGDS
94079390-OCGT G
444517010=IKLX X

---

[Handwritten annotations in Chinese and English:]

不知悉过何授权以
PUKBA 吗啊？1
SHIPPING AGENCY(
LTO 为提货
当此出港后以 LOT 一事
给我 打 字呵

PUKBA BMAO11
SHIPOG AGENCY LTD
你 把 提单了。
给他当字。