# EXHIBIT 4

M.V. IKAL                                                KOLKATA PORT
                                                         DATE: 24.06.2006

## TO WHOM IT MAY CONCERN

### AUTHORISATION LETTER FOR SIGNING BILL OF LADING

I, Master of M.V. IKAL do hereby authorize M/s. Alfa Oceanic Shipping Services Pvt. Ltd., as Agents of my vessel, to sign and issue the Bill of Lading, for the consignment of Iron Ore in Bulk loaded per my vessel from Kolkata Port.

                                                         M.V. IKAL
                                                         MASTER