# EXHIBIT 5




# 通 商 律 师 事 务 所
## Commerce & Finance Law Offices

6F NCI Tower, A12 Jianguomenwai Avenue,
Chaoyang District, Beijing, PRC; Postcode: 100022
Tel:(8610) 65693399 Fax: (8610) 65693838, 65693836, 65693837, 65693839
E-mail Add: beijing@tongshang.com  Website: www.tongshang.com.cn

### FACSIMILE TRANSMISSION

*Warning: The information contained in this fax is private, confidential and privileged, and is intended to the intended addressee only. If you are not the intended addressee, then please forward the same to the right person. If you received this fax in error, then please return this same to us by mail. Any distribution or copying of this fax by anyone for any purpose not intended by this fax is strictly prohibited under applicable law. If you do not receive all the pages or legible pages, please contact us at (8610) 65693399 by phone or (8610) 65693838,65693836,65693837,65693839 by fax. Thank you.*

| | | | |
|---|---|---|---|
| To: | M/S  R P Logistics PVT Ltd.<br>Attn. PIC | Fax: | 0091-33-22209939 |
| Cc: | Indo Sino Chartering Agency Service, DUBAI<br>Attn. Mr. Rawat | Fax: | 0091-11-22411420 |
| Cc: | China National Minerals Co. Ltd.<br>Attn. Mr. Zhang (张二华) | Fax: | 010-6849 4450 |
| From: | Dihuang Song | Date: | 14 July 2006 |
| Re: | **"IKAL" – Outstanding Freight and Deadfreight** | | |
| Total number of Pages (including this cover): | | Ref.: | 0607236 |

Dear Sirs,

We act for Messrs. OGJ OCEANGATE TRANSPORTATION CO., LTD., HKG.

Pursuant to the Charter Party and the Rider Clauses dated 21 June 2006 (hereinafter the "charterparty") between our client and you, our client as the disponent Owner let the m.v. "Ikal" (hereinafter the "Vessel") to you as the Charterer for carriage of a minimum of 11,000 metric tons of iron ore fines (the "Cargo") up to its full capacity of the vessel, charterer's option.

Unfortunately, in breach of clear provisions of box 12 of the charter party, you have only provided a total of 10,103 metric tons of cargo.

Further, in breach of the clear provision of Rider clause 20 of the charterparty which calls for 100% of the freight to be paid (after less commission) to owner's nominated bank within five days after completion of loading, you have failed to pay any of the

Shenzhen office
21E Shenzhen Te Qu Bao Ye Building, 6008 Shennan Road,
Shenzhen PRC; Postcode: 518034,
Tel: 86755- 83517570
Fax: 86755- 83515502
E-mail Add: shenzhenfs@tongshang.com
Website: www.tongshang.com.cn

Shanghai office
1506 Kerry Center, 1515 Nanjing West Road, Shanghai
PRC; Postcode: 200040,
Tel: 8621- 52986877
Fax: 8621- 52986878
E-mail Add: shanghaifs@tongshang.com
Website: www.tongshang.com.cn