# EXHIBIT 6

freight so far.

You are fully aware that the vessel is due to arrive at her destination – Fangcheng China on 16 July 2006. We therefore put you on notice that unless our clients receive the full amount of freight (after deduction of commission) before 9 am on 17 July 2006 (Beijing time), our client will take all necessary legal actions, including but not limited to the exercise of a lien on cargo for the outstanding freight and deadfreight.

Further, we have seen a copy of the charterparty bill of lading allegedly signed by Messrs. Purba Bharati Shipping Agency (P) Ltd for & behalf of Master of m.v. "Ikal". We are authorized to put you on notice that the said bill of lading was not authorized by the owner or Master or its agent at all, and that any attempt by your side to negotiate payment against this forged bill of lading will be a criminal offence.

Messrs. China National Minerals Co. Ltd. reading in copy is also clearly warned that any such forged bill of lading will not be acknowledged/recognized by our clients.

We look forward to hearing from you and, meanwhile, all our client's rights are fully reserved.

Yours Sincerely,

Dihuang Song
Commerce and Finance Law Offices

Shenzhen office
21E Shenzhen Te Qu Bao Ye Building, 6008 Shennan Road,
Shenzhen PRC; Postcode: 518034,
Tel: 86755-83517570
Fax: 86755-83515502
E-mail Add: shenzhenfa@tongshang.com
Website: www.tongshang.com.cn

Shanghai office
1506 Kerry Center, 1515 Nanjing West Road, Shanghai
PRC; Postcode: 200040,
Tel: 8621-52986877
Fax: 8621-52986878
E-mail Add: shanghaifa@tongshang.com
Website: www.tongshang.com.cn

To: M/S.R.P.LOGISTICS PVT LTD/KOLKATA
CC: INDO SINO CHARTERING AGENCY SERVICES/MR. RAWAT
CC: M/S PURBA BHARATI SHIPPING/MR. GANGULY
CC: CHINA NATIONAL MINERALS CO., LTD.
FM: OCEANGATE TRANSPORTATION CO., LTD.
RE: M.V. IKAL

GD!

Pls kindly inform the chtrs/their agent asf:

We, as the owrs of M.V. Ikal, has checked with the master of sub vsl and got the master's confirmation that he had never issued any authorization letter for s/r of bs/l to the chtrs agent. obviously, the authorization letter which has been offered by the chtrs agent is fake one and we denied to accept this authorizaion letter. We, as the owrs, hereby also declare officially that owrs will not accept any of the bs/l without our authorization for this shipment. We, of course, will also hold our right to take legal action to claim for all our losses coursed by the behaviour if any parties signed and released the bs/l without owrs authorization letter and confirmation.

THKS & B.RGDS/STEVEN LEE
UNQTE

BRGDS/RAWAT