# EXHIBIT 7

# CHINA MARINE SHIPPING AGENCY

## LAYTIME STATEMENT OF FACTS

| | | | |
|---|---|---|---|
| **VESSEL:** | IKAL | **PORT:** | FANGCHENG, CHINA |
| **DATE:** | 2006.07.25 | **CARGO:** | IRON ORE |
| **SHIP'S CALL SIGN:** | HMYC9 | **WEIGHT:** | 99818 MT |
| **SHIP'S HATCHES:** | 3 | **HATCHES WORKED:** | 3 |
| **NOTICE OF READINESS TENDERED:** | | 19:00H 2006.05.26 | |
| **NOTICE OF READINESS ACCEPTED:** | | AS PER C/P TERMS | |

| DATE | FROM | TO | DAY | CONTENTS |
|---|---|---|---|---|
| JUL.16 | | 1900LT | SUN. | VSL ARV AT PILOT STATION |
| | 1900LT | 2400LT | | WAITG FOR DOCS |
| JUL.17 | 0000LT | 2400LT | MON. | WAITG FOR DOCS |
| JUL.18 | 0000LT | 2400LT | TUE. | WAITG FOR DOCS |
| JUL.19 | 0000LT | 2400LT | WED. | WAITG FOR DOCS |
| JUL.20 | 0000LT | 2400LT | THU. | WAITG FOR DOCS |
| JUL.21 | 0000LT | 2400LT | FRI. | WAITG FOR DOCS |
| JUL.22 | 0000LT | 2400LT | SAT. | WAITG FOR DOCS |
| JUL.23 | 0000LT | 2400LT | SUN. | WAITG FOR DOCS |
| JUL.24 | 0000LT | 1620LT | MON. | WAITG FOR DOCS |
| | 1620LT | 1845LT | | P.O.B N ALONGSIDE AT WHARF NO.8 |
| | 1845LT | 2110LT | | INWARD FORMALITY N DRAFT SURVEY |
| | 2110LT | 2200LT | | DISCHG PREPARING |
| | 2200LT | 2400LT | | DISCHG COMMENCED N CONTINUED |
| JUL.25 | 0000LT | 1150LT | TUE. | DISCHG CONTINUED N COMPLETED |
| | 1230LT | 1630LT | | DRAFT SURVEY |
| | | | | OUTWARD FORMALITIES |
| | | 1640LT | | SAILING |

MASTER OF VESSEL

SINOAGENT FANGCHENG

# LAYTIME STATEMENT

| | | | |
|---|---|---|---|
| VESSEL | MV IKAL | C/P DATE | 21TH/JUN/2006 |
| CHARTERERS | M/S LOGISTICS PVT LTD | | |
| LOADPORT | KOLKATTA/INDIA | DISCHPORT | FANGCHENG/CHINA |
| CARGO | IRON ORE FINES | QUANTITY | 9981.8MT |
| ARVD P/S | 1900LT/JULY/06 | DIS RATE | 8000MT SPWWD SHINCS |
| NOR TENDERED | 1900HRS/16TH/JUL./2006 | NOR ACCEPTE | 1900HRS/16TH/JULY/2006 |
| TIME TO COUNT | 0700HRS/17TH/JULY/2006 | LT ALLOWED | 1.2477DAYS |
| VSL SAILING | 1540HRS/25TH/JULY/06 | LT USED | 8.2014DAYS- |
| | | TIME LOST | 6.9537 |
| DEM RATE | USD7000/DAY | DEMURRAGE | USD48675.9 |

| DAY | DATE | FROM / TO | TIME USED DD | HH | MM | REMARKS |
|---|---|---|---|---|---|---|
| SUN | 16TH/JUL. | 1900HRS | | | | NOR TB TENDERED |
| SUN | 16TH/JULY | 1900HRS | | | | NOR TB ACCEPTED |
| | | 1900HR-0700HR | | | | 12HRS TT |
| MON | 17TH/JULY | 0700HR-2400HR | | 17 | 0 | ONCE ON DEM ALWAYS ON DEM |
| TUE | 18TH/JULY | 0000HR-2400HR | 1 | 0 | 0 | DO |
| WEN | 19TH/JULY | 0000HR-2400HR | 1 | 0 | 0 | ONCE ON DEM ALWAYS ON DEM |
| THU | 20TH/JULY | 0000HR--2400HR | 1 | 0 | 0 | DO |
| FRI | 21TH/JULY | 0000HR-2400HR | 1 | 0 | 0 | DO |
| SAT | 22TH/JULY | 0000HR-2400HR | 1 | 0 | 0 | DO |
| SUN | 23TH/JULY | 0000HR-2400HR | 1 | 0 | 0 | DO |
| MON | 24TH/JULY | 0000HR-2200HR | | 22 | 0 | DO |
| MON | 24TH/JULY | 2200HR-2400HR | | 2 | 0 | DISCH COMMENCED |
| TUE | 25TH/JULY | 0000HR-1150HR | | 11 | 50 | DISCH CONTINUE AND COMPLETED |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TTL | 6 | 52 | 50 | |