# EXHIBIT 8

# OGI OCEANGATE TRANSPORTATION CO., LTD
## 海通运输有限公司

TRADING,CHARTERING,SHIPBROKERING,SHIP-OPERATION,AGENCY
TEL: +86-10-84584980/1/2/3 ; FAX: +86-10-84584979
GN COMTEXT:A61CN159; UK TELEX NO.: (051)94079390 OCGT G
INTERNET E-MAIL:oceangat@public.bta.net.cn

---

TO: CHINA MARINE SHPG AGENCY – MR. LI CHUN
ATTN.



FM:
DATE: AUG 1ST 06

REF:
PAGE:1-1

**RE: MV.IKAL**

按照我们与五矿等的协议，我们同意放 D/O 给他们，但是必须要凭正本提单而且此提单应是船东、船长或船长授权的代理签发的，关于提单问题请见如下文件：

-船主的授权书
-船长的电传声明
-律师函

请贵司忠实执行船长的指示和其他相关文件要求，由于目前船长的文件和声明与发货人所述不符，所以在收到任何文件请先传真我司然后我们再与船长确认，避免引起法律纠纷.

For and on behalf of
OGI OCEANGATE TRANSPORTATION CO.,LTD(H.K)
海通运输有限公司
KIND REGARDS
OCEANGATE
...................................
Authorized Signature(s)

[Handwritten notes in Chinese with fax number: 0779-6518892]

Fax from OGI Oceangate Transportation Co. Ltd. to China Marine Shipping Agency

Date: 1 August 2006

Re: M.V. IKAL

In accordance with our agreement with China National Minerals co. Ltd, we agree to issue the delivery order to them. However, the original bill of lading has to be produced and this bill of lading has to be signed either by the shipowner, the master or the authorized agent of the master. For any issues relating to the bill of lading, please see the followings:

- authorization letter of the master
- declaration by the master
- letter from the solicitors

Your company shall comply with the master's instructions and his requirements in respect of other relevant documents. Since the documents and the declaration produced by the master are inconsistent with what was declared by the shipper, if your company have any documents, please fax them to us first so that we can verify the same with the master, so as to avoid legal disputes.