# EXHIBIT 9



# OGI OCEANGATE TRANSPORTATION CO., LTD
# 海通运输有限公司

TRADING,CHARTERING,SHIPBROKERING,SHIP-OPERATION,AGENCY
TEL: +86-10-84584980/1/2/3 ; FAX: +86-10-84584979
GN COMTEXT:A6ICN159; UK TELEX NO.: (051)94079390 OCGT G
INTERNET E-MAIL:oceangat@public.bta.net.cn

TO:CHINA MARINE SHPG AGENCY – MR.LI CHUN    FAX NO: 0770-2822537
ATTN.
FM: OCEANGATE                                    REF:
DD: 2ND/AUG 06                                   PAGE:1-1



**RE: MV.IKAL**

请他们促收货人尽快凭正本提单换取 D/O,由于他们延迟造成的任何损失由他们自己负责。

在换 D/O 之前请将他们提供的正本提单 FAX 我可以便我们和原船东和船长确认,由于目前原船东和船长对提单一事的描述和发货人所述完全不一样（详见我们 1ST/AUG 的 FAX）我们认为还是一定要得到原船东和船长的确认否则你我都将面临法律问题。

多谢！

For and on behalf of
OGI OCEANGATE TRANSPORTATION CO.,LTD (H. K)
海通运输有限公司
KIND REGARD
OCEANGATE

Authorized Signature(s)

Fax from OGI Oceangate Transportation Co. Ltd. to China Marine Shipping Agency

Date: 3 August 2006

Re: M.V. IKAL

Please push consignee to produce the original bill of lading in exchange for the delivery order ASAP. Any losses they suffer as a result of the delay on their part have to be borne by themselves.

Before exchanging the delivery order, please send to us a copy of the original bill of lading by fax, so as to enable us to confirm with the shipowner and the master. Since at the moment, the shipowner and the master are telling a story which is completely different from the one told by the shipper (please see our fax of 1 August 2006 for details), we believe we must seek confirmation from the shipowner and the master or else, both of us would face legal problems.

Thank you!