EXHIBIT 14

# R. P. LOGISTICS PVT. LTD.

12 GOVERNMENT PLACE (EAST), KOLKATA 700 069
PHONE 91 033-2220-5907/2682, FAX 91 033 2220 9939
CABLE RAGHUPIYAR, E Mail : cal@rpiyarelallgroup.com
Website www.rpiyarelallgroup.com

November 23, 2005

Hill Taylor Dikinson International
2, Defteras Merachias Street
Piraeus 185 35
Greece

Attn:- Mr. Andrew Dyer

Dear Sir,

Re:- M.V. ... C/P dated 14.07.2005.

Your Ref. - AJD P7 46 mgp

We refer to your notice dated 21.11.2005 appointing Mr. Alan Okley as your arbitrator as per C/P clause, but you have not quoted the relevant arbitration clause, nor you have sent to us letter of acceptance of Mr. Alan Okley. Please therefore, quote the relevant arbitration clause and send us the letter of acceptance of Mr. Okley to enable us to entrust the matter to our solicitors for necessary action.

Thanking you

Yours faithfully,
For R.P. Logistics Pvt. Ltd.

DIRECTOR