EXHIBIT 15

# R. PIYARELALL INTERNATIONAL PRIVATE LIMITED

*(Government Recognised Two Star Export House)*

12, GOVERNMENT PLACE (EAST), KOLKATA - 700 069
PHONE : 91-033-2230-5907/2682, FAX : 91-033-2230 9939, CABLE : RAGHUPIYAR
E-mail : cal@rpiyarelall.com, Website : www.rpiyarelall.com

May 5, 2006

Tisdale & Lennon, LLC
Attorneys at Law,
11 West 42 nd Street, Suite 900,
New York, NY-10036

*By Fax : +1(212)869-0067*
*Original by Courier.*

**Attn. : Ms. Nancy R. Peterson**

Madam,

### Epic Navigation Co. Ltd.
### -Vs-
### R.P. Logistics Pvt. Ltd. & Ors.

We are surprised to receive your letter dated 26th April, 2006. From the papers send with the letter it appears that your clients Epic Navigation Co. Ltd. (Epic) have a claim against R.P. Logistics Pvt. Ltd. (RPL) arising out of Voyage Charter Party dated July 14, 2005 in respect arbitration against RPL and the proceedings are pending.

In the meantime, your clients have instituted garnishee proceedings alleging RPL is one of several companies which are operated, controlled and managed as a civil econimic enterprise known as R. Piyarelall Group. Based on such allegation the Learned District Court for the Southern District of New Yrok on 21st April, 2006 has been pleased to make an order for attachment of assets of R.P. Logistics Pvt. Ltd., R. Piyarelall Import & Export Ltd., ourselves and Ramesh Kumar & Co. Pvt. Ltd. to the extend of US$ 163,310.76 in the hands of American Express Bank, Bank of America, Bank of New York, Citibank, HSBC (USA), J.P. Morgan Chase and Standard Chartered Bank.

We are a separate corporate entity and are not responsible for any claim of your clients against RPL. Inspite thereof in view of the said garnishee order Bank of America has attached US$ 163,310.76 out of the remittance made by us through State Bank of India for credit in the account of owners of M.V. Capella with their Bank Korea Exchange Bank, Seoul. By reason of the said attachment of US$ 163,310.76 the owners of Capella has exercised lien on cargo. In the premises we put you and your clients on notice that the attachment of our remittance in the hands of Bank of America by and on behalf of your clients is wrongful and illegal.

.../2.