EXHIBIT 16


Decide with Confidence

Confidential, this information is provided by D & B to : 965045425 Subject to the terms and conditions of your contract.

## Business Information Report

| Reference | |
|---|---|
| GREEK OFFICE - PRIAMOS/EPIC | 17/Apr/2006  10:58 GMT |
| **BUSINESS SUMMARY** | |

```
D&B D-U-N-S          : 91-585-5340
COMPANY NAME         : R. PIYARALALL INTERNATIONAL LIMITED

ADDRESS              : 1st Floor
                       12  Government Place (East)
                       Kolkata   700069
                       West Bengal
                       India

FAX                  :
TELEPHONE            : (91) (33) (22205907)
                       (91) (33) (22202673)
                       (91) (33) (22202682)
FAX                  : (91) (33) (22209939)
TELEPHONE            : (91) (033) (22100767)
FAX                  : (91) (033) (22429451)
TELEPHONE            : (91) (033) (22429451)

EMAIL                : rplal.impex@gems.vsnl.net.in


D&B RATING           : --

CONDITION            : --


REGISTRATION #       : 45536
START DATE           : 1988
CONTROL DATE         : 1988
HISTORY              : Incomplete
EMPLOYEES (Total)    : 60
EXPORTS              : Yes
AUTHORIZED CAPITAL   : INR 30,000,000
ISSUED CAPITAL       : INR 10,000,000
PAID-UP CAPITAL      : INR 10,000,000


CHIEF EXECUTIVE      : Ramesh Kumar Agarwal
                       Director


SIC 5149 -0402 5153 -0204 5032 -9904 5051 -9908
    5091 -0603 5052
LOB Wholesales rice, polished
```

D&B's Rating consists of 2 parts, the Financial Strength and the Composite Appraisal/Condition. Financial Strength is an indication of the tangible net worth (that is, the shareholder's funds less any intangible assets). The Composite Appraisal/Condition is linked to the level of risk and is an overall

evaluation of credit worthiness. It takes into account the financial condition and several factors such as trade reference history, legal structure, management experience and any adverse listings. A rating was not assigned to the subject because of the lack of in-date financial figures.

## CURRENT INVESTIGATION

On 15/Jul/2002, Mr Tekriwal, Accountant, declined all information.

PARTIAL ESTIMATES

31/Mar/2000

Financial performance

## FINANCE

Comparative Figures (in Thousands of Indian Rupee)

| Date | 31/Mar/1999 | 31/Mar/2000 |
|---|---|---|
| | Fiscal | Fiscal |
| Current: | | |
| Assets | 390,306 | 238,870 |
| Liabilities | 34,338 | 6,041 |
| Working Cap. | 355,968 | 232,829 |
| Other: | | |
| Tangible Assets | 41,823 | 45,505 |
| Liabilities | 176,916 | 56,072 |
| Net Worth | 220,875 | 222,262 |
| Annual Sales | 1,287,551 | 228,494 |
| Profit After Tax | -7,711 | 1,387 |
| Fixed Assets | 2,491 | 2,373 |

Profit & Loss Account

Figures in Thousands of Indian Rupee

| Date | | 31/Mar/1999 | 31/Mar/2000 |
|---|---|---|---|
| No. of Months | 12 | 12 | 12 |
| | | Fiscal | Fiscal |
| Income | | 1,287,551 | 228,494 |
| Profit Before Extraordinary Items and Tax | | -7,059 | 1,387 |
| Net Operating Profit before Tax and after Extraordinary Items | | -7,059 | 1,387 |
| Income Tax / Other Taxes | | -652 | |
| Net Profit(Loss) after Tax | | -7,711 | 1,387 |
| Net Profit After Tax and Extraordinary Items | 0 | -7,711 | 1,387 |

Accounts are audited by V Singhi & Co..

|  | 1999 | 2000 |
|---|---|---|
| **GROWTH TREND** | | |
| Sales Growth (%) | — | -82.25 |
| **SOLVENCY** | | |
| Current Ratio | 11.36 | 39.54 |
| Quick Ratio | — | — |
| Total Liabilities to Net Worth Ratio (%) | 95.64 | 27.94 |
| **EFFICIENCY** | | |
| Collection Period (Days) | — | — |
| Sales to Inventory (Times) | — | — |
| **PROFITABILITY** | | |
| Return on Sales (%) | — | 0.60 |
| Return on Net worth (%) | — | 0.62 |

BANK
------------------------------------------------------------

Information in this report may not represent the full extent of subject's bank relationships.

```
NAME      :VIJAYA BANK
BRANCH    :Overseas Branch

ADDRESS   :A G Towers
           125/1, Park Street
           Calcutta, 700017
           West Bengal
           India
```

No independent confirmations were obtainable from banker/(s).

| REGISTRATION DETAILS |
|---|

```
LEGAL STRUCTURE      :Deemed Public Limited Company
INCORPORATED         :10 Nov 1988
REGISTRATION BODY    :Registry of Companies and Businesses
FILE NUMBER          :45536
                      Kolkata West Bengal
```

```
REGISTERED OFFICE            India
                            :Jawaharlal Nehru Road
                             Everest House
                             Floor/Unit 46-C
                             Kolkata
                             West Bengal 700071
                             India
LAST FINANCIAL STATEMENT DATE :31/Mar/2000

Registry details provided by  :search at local registry office
```

## CAPITAL DETAILS

```
AUTHORIZED CAPITAL     :INR 30,000,000.00
ISSUED CAPITAL         :INR 10,000,000.00
PAID-UP CAPITAL        :INR 10,000,000.00 as of 31/Mar/2000
ORDINARY SHARES        :INR 10,000,000.00 at par value 10.00
```

According to provisions set out under Section 43A of the Companies Act 1956, a "Deemed Public Limited Company"
is a private limited company which satisfies any one of the following conditions:-

1. When 25% or more of its paid-up capital is held by one or more public limited or deemed public limited company(ies).

2. If its average annual turnover (for 3 consecutive financial years) is not less than Rs 100 million.

3. When not less than 25% of its paid-up capital is held by a single private limited company.

4. If a private limited company accepts deposits from the public by invitation/advertisement.

## SHAREHOLDER(S)

The following details represents the Full Shareholders List.

ORDINARY SHARES

| Name of Shareholder | % Held |
|---|---|
| Ramesh Kumar Agarwal | 0.75 |
| Naresh Kumar Agarwal | 0.56 |
| Suresh Kumar Agarwal | 0.41 |
| Phuli Devi Agarwal | 0.76 |
| Ramesh Kumar & Co. Pvt Ltd | 0.52 |
| Others | 97 |

Shareholdings as at     :  31 Mar 2000

## AUDITORS

J Singhi & Co.

CORPORATE DIRECTORS
---

Name            : Ramesh Kumar Agarwal

Name            : Suresh Kumar Agarwal

Name            : Siddarth Agarwal

## EXECUTIVES

---

Name                       : Ramesh Kumar Agarwal
Year Of Birth              : 1952
Current Title              : Director
Education                  : Graduated from university
                             Bachelor of Commerce
Active in daily operations : Yes
OTHER DIRECTORSHIPS

| D-U-N-S | Company Employed | Position Held |
|---|---|---|
|  | R. Piyarelall Import & Export Ltd | Director |
|  | Ramesh & Company Ltd | Director |
|  | R. Piyarelall Finance & Investment Ltd | Director |

Name                       : Suresh Kumar Agarwal
Current Title              : Director
Active in daily operations : Yes

Name                       : Siddarth Agarwal
Current Title              : Director
Active in daily operations : Yes

OPERATIONS
---
5149-0402
Wholesales rice, polished
5153-0204
Wholesales soybeans
5032-9904
Wholesales cement
5051-9908
Wholesales sheets, galvanized or other coated
5091-0603
Wholesales bicycles
5052-
Wholesales coal and other minerals and ores

PURCHASES
---
LOCAL                      :   100 %

PURCHASING TERMS
---

LOCAL PURCHASE TERMS
    Contract
    Open Account                           30 to 60   days

SALES TERRITORY

```
EXPORTS TO:-
     Bangladesh
     Russia
     Sri Lanka
     Vietnam

SELLING TERMS
---------------

LOCAL AND EXPORT TERMS

     TERMS            :    Contract
                           Letter of Credit
                           Open Account 30 days

CUSTOMERS
-----------

MAJOR CUSTOMERS

     Wholesaler(s)

EMPLOYEE(s) - CURRENT
----------------------

Total Employees          :    60

LOCATION
---------

TYPE OF OCCUPATION: Occupied
PREMISES USED AS  : Administrative office
```

**BRANCH(es)**

```
The principal branch location(s) are as follows:-

1102, Embassy Centre, 11th Floor
Nariman Point
Mumbai 400021
Maharashtra
India

12, Doctors Lane (Gole Market)
New Delhi 110001
Delhi
India

24-A, Saya San Roadbahan Township
Yangon
Myanmar

CURRENCY: All amounts in this report are in local currency unless otherwise
stated.
```

COPYRIGHT 2006 DUN & BRADSTREET.
THIS REPORT MAY NOT BE REPRODUCED IN WHOLE OR IN
PART IN ANY FORM OR MANNER WHATSOEVER.

This report is forwarded to the Subscriber in strict confidence for the use by the Subscriber as one factor to consider in connection with credit and other business decisions. This report contains information compiled from information which Dun & Bradstreet does not control and which has not been verified unless otherwise indicated in this report. Dun & Bradstreet therefore cannot accept responsibility for the accuracy, completeness or timeliness of the report. Dun & Bradstreet disclaims all liability for any loss or damage arising out of or in anyway related to the contents of this report. This material is confidential and proprietary to Dun & Bradstreet and/or third parties and may not be reproduced, published or disclosed to others without the express authorization of Dun & Bradstreet or the General Counsel of Dun & Bradstreet.

-- End of Report --

© 2006 D & B, Inc. All rights reserved. This report is provided for your internal business use only and may not be reproduced or re-distributed in any manner whether mechanical or electronic without the permission of D&B.

Whilst D&B attempts to ensure that the information provided is accurate and complete by reason of the immense quantity of detailed matter dealt with in compiling the information and the fact that some of the data are supplied from sources not controlled by D&B which cannot always be verified, including information provided direct from the subject of enquiry as well as the possibilit of negligence and mistake, D&B does not guarantee the correctness or the effective delivery of the information and will not be held responsible for any errors therein or omissions therefrom.

© 2006 D & B, Inc.