EXHIBIT 17

## SEARCH REPORT

1. Name of the Company — M/s R P Logistics Pvt. Ltd.

2. Address of the Company — 12, Govt. Place (E), 1st Floor
   Kolkata – 700 069

3. Registration No. — 21 – 96942

4. Date of Registration — 9th September 2003

5. Authorised Share Capital — Break up
   Equity Shares — 100000 Rs. 10/- each
   Total Authorized Capital 10,00,000/-

6. Issued Shares Capital — Break up
   Equity Shares — 20000 Rs. 10/- each
   Total Issued Capital 2,00,000/-

7. Subscribed Shares Capital — Break up
   Equity Shares — 20000 Rs. 10/- each
   Total Subscribed Share Capital 2,00,000/-

8. Paid up Shares Capital — Break up
   Equity Shares — 20000 Rs.10/- each
   Total Paid Up Capital 2,00,000/-

3.

|  | 2004 - 2005 | 2003 - 2004 |
|---|---|---|
| 12. Profit for the last 2 /3 years | | |
| a) Profit before Taxation but after Depreciation | 6,26,845.00 | 2,99,029.00 |
| b) Less Provision for Taxation | 2,10,000.00 | 30,000.00 |
| | 4,16,845.00 | 2,69,029.00 |
| c) Add: Balance brought forward from last year | 89,413 / 2,69,029.00 | - |
| c) Balance Carried to next year | 685874.00 | 269029.00 |

13. Name of the Bank(s) with which the company is banking

| Bank Name | - | HDFC Bank Ltd. – Central |
| Branch | - | Plaza, 26, Sarat Bose Road, Kolkata |
| A/c No. | - | 01403300025188 |

2.

9. Name of the Directors and Address :

| Name | Address | Date of Appointment |
|---|---|---|
| 1. Siddharth Agarwall | 5, Gokhale Road Kolkata – 700 020 | 09.09.2003 |
| 2. Varun Agarwall | 5, Gokhale Road Kolkata – 700 020 | 14.10.2003 |
| 3. Ramesh Agarwall | 5, Gokhale Road Kolkata – 700 020 | 16.10.2003 |

| | 31.03.2005 (Rs.) | 31.03.2004 (Rs.) |
|---|---|---|
| 10. Reserves & Surplus | 685874 | 269029 |

| 11. Assets | 31.03.2005 (Rs.) | 31.03.2004 (Rs.) |
|---|---|---|
| Fixed Assets | 14582286 | 9429136 |
| **Current Assets, Loans & Advances** | | |
| a) Sundry Debtors | 105705 | 2230052 |
| b) Cash & Bank Balances | 158052 - 3,569 | 251247 |
| c) Loans & Advances | 1121892 | 886902 |
| **Current Liabilities & Provisions** | | |
| a) Current Liabilities | 14862381 | 12325401 |
| b) Provisions | 240000 | 30000 |