EXHIBIT 18

| 1. Shipbroker<br>BAY-ISLAND SHIPPING & MANAGEMENT,<br>MUMBAI- INDIA<br>TEL 91-22-56352775 / 76<br>FAX 91-22- 56352776 | RECOMMENDED<br>THE BALTIC AND INTERNATIONAL MARITIME COUNCIL<br>(AS REVISED 1922, 1976 AND 1994)<br>(To be used for trades for which no specially approved form in force)<br>CODE NAME : "GENCON"<br>Part I |
|---|---|
|  | 2. Place and date<br>MUMBAI, 14th July 2005 |
| 3. Owners/Place of business (Cl. 1)<br>EPIC NAVIGATION COMPANY LTD<br>MALTA | 4. Charterers / Place of Business (Cl. 1)<br>R.P.LOGISTICS PVT.LTD,<br>REGENT HOUSE, 12,GOVT.PLACE (EAST)<br>1st FLOORT, KOLKATA – INDIA. |
| 5. Vessel's Name (Cl. 1)<br>MV EPIC ( Mt. Thalassini) | 6. GRT/NRT (Cl. 1)<br>16543 / 7575 |
| 7. DWT all told on summer load line in metric tons (abt.) (CL1)<br>24,497.96 MT DWT ON 10.21 m SW DRAFT | 8. Present Position (CL1)<br>TRADING ( OPEN/NGIN CARIBBEAN SEA) |
| 9. Expected ready to load (abt.) (CL1)<br>20th JULY 2005 |  |
| 10. Loading Port or place (Cl. 1)<br>2 SAFE PORTS – 1GSB LA PALICE + 1GSB ROUEN<br>(FRANCE) AAAA . | 11. Discharging port or place (Cl. 1)<br>2 SAFE PORTS – 1 GSB VIZAG + 1GB ANCHORAGE<br>DIAMOND HARBOUR ( KOLKATA) AAAA . |
| 12. Cargo (also state quantity and margin in Owner's option, if agreed; if full and complete cargo not agreed state "part cargo" (Cl.1)<br>FULL & COMPLETE CARGO BUT UPTO 23000 MT MAX QUANTITY – BULK PEAS SF 44/46" WOG,<br>AS FULL CARGO. | |
| 13. Freight rate (also state whether freight prepaid or payable on delivery) (Cl.4)<br>U.S.D 50.00 PMT FIOS BSS 2/2 . | 14. Freight payment (state currency and method of payment, also beneficiary and bank account) (Cl.4)<br>SEE RIDER CLAUSE NO 27. |
| 15. State if vessel's cargo handling gear shall not be used (Cl. 5)<br>WILL BE USED. | 16. Laytime (if separate laytime for load. and disch. is agreed, fill in a) and b). If total laytime for load. And disch., fill in c) only.(Cl. 6)<br>a) Laytime for loading<br>(SEE RIDER CLAUSE NO. 36 ) |
| 17. Shippers/Place of Business<br>UNION INVIVO , PARIS – FRANCE. | b) Laytime for discharging<br>( SEE RIDER CLAUSE NO 36 ) |
| 18. Agents (Loading) (Cl. 6)<br>(SEE RIDER CLAUSE NO.32 ) | c) Total laytime for loading and discharging<br>LAYTIME NON - REVERSIBLE |
| 19. Agents (Discharging) (Cl.6)<br>(SEE RIDER CLAUSE NO 32 ) |  |
| 20. Demurrage rate and manner payable (Loading and Discharging) (Cl.7)<br>DEM USD 9500/- PDPR/ HALF DESP WTS BOTH ENDS.<br>( SEE RIDER CLAUSE NO.30 ) | 21. Cancelling date<br>25TH JULY 2005 |
|  | 22. General Average to be adjusted at (Cl.12)<br>LONDON |
| 23. Freight Tax (state if for the Owner's Account (Cl. 13 (c))<br>OWNERS ACCOUNT | 24. Brokerage commission and to whom payable (Cl. 15)<br>TTL 3.75 PCT ( INCL ADDCOM + BAY-ISLAND<br>SHPG & MANAGEMENT , MUMBAI) ON FRT/DEADFRT/ DEM. |
| Law and Arbitration (state 19 (a) or 19 (b) or 19 (c) of Cl. 19; if 19 (c) agreed also state Place of Arbitration) (If not filled in 19 (a) shall apply) (Cl.33)<br>Arbitration in London , English Law To apply<br>(a) State maximum amount for small claims/shortened arbitration (Cl 19) | 26. Additional clauses covering special provisions, if agreed<br>RIDER CLAUSES 20 TO 66. ATTACHED ,DEEMED TO BE FULLY<br>INCORPORATED IN THIS CP. |

It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Charter Party which shall include Part I as well as Part II. In the event of a conflict of conditions, the provision of Part I shall prevail over those of Part II to the extent of such conflict

| Signature (Owners)<br>EPIC NAVIGATION COMPANY LTD, MALTA<br><br>AS OWNERS | Signature (Charterers)<br>R.P.LOGISTICS PVT.LTD., KOLKATA – INDIA.<br><br>AS CHARTERERS |
|---|---|

FROM : BSM   PHONE NO. : +912256352776   Jul. 13 2005 11:43AM P2

[Illegible faxed document text]




[Page content illegible — faxed document with heavily degraded text in two columns, bearing fax header "FROM : BSM   PHONE NO. : +912256362776   Jul. 13 2005 11:45AM P3" and two circular stamps at the bottom.]

## RIDER CLAUSES TO MV EPIC / R.P.LOGISTICS PVT LTD. CHARTER PARTY DATED 14TH JULY 2005

**CLAUSES 20 – 26 : DELETED...**

**CLAUSE : 27**
97.5 PERCENT FREIGHT LESS 3.75% ( COMM) AND AGREED DESPATCH AMOUNT AT LOADPORT, TO BE PAID TO OWNERS NOMINATED ACCOUNT WITHIN 5 (FIVE) BANKING DAYS UPON COMPLETION OF LOADING AND SIGNING / RELEASING CLEAN ON BOARD BILL OF LADING MARKED " FREIGHT PAYABLE AS PER C/P, IF CHARTERS/ SHIPPERS REQUIRED B/LS MARKED FREIGHT 'PREPAID B/L' TO BE RELEASED ONLY UPON OWNERS CONFIRMING RECEIPT OF FREIGHT AND GIVING AUTHORITY TO RELEASE THE BILLS OF LADING.

BALANCE 2.50 PERCENT FREIGHT PAYMENT WITHIN 7 BANKING DAYS FROM THE DATE OF COMPLETION OF DISCHARGE ,ALONGWITH DEMMURAGE / DESPATCH CLAIM IF ANY.

**OWNERS BANK ACCOUNT DETAILS :**

BANK: EGNATIA BANK,
116 KOLOKOTRONI & II MERARCHIAS STR.,
PIRAEUS BRANCH , PIRAEUS , GREECE
SWIFT CODE EGNAGR2T ,
IBAN : GR19 0280 3010 0000 0010 0072 421

BENEFICIARY NAME : EPIC NAVIGATION COMPANY LTD
BENEFICIARY ACCNT: 0100072421
CORRESPONDENT BANK : BANK OF NEW YORK , NEW YORK.

CHARTERERS HAVE OPTION TO REMIT FREIGHT AMOUNT THROUGH SHIPPERS (UNION INVIVO,PARIS) INCASE IT IS NEEDED.

FULL FREIGHT DEEMED EARNED DISCOUNTLESS AND NON-RETURNABLE UPON COMPLETION OF LOADING WHETHER VESSEL AND/OR CARGO LOST OR NOT LOST.

**CLAUSE 28**
THE VESSEL IS TO BE LOADED /STOWED FREE OF RISK AND EXPENSES TO OWNERS OF THE VESSEL BUT MASTER TO BE RESPONSIBLE FOR STOWAGE AND SUPERVISION.

OWNERS/MASTER TO BE RESPONSIBLE FOR THE CARGO LOADING ON BOARD ONLY.

ALL MATS/ETC REQUIRED TOBE FOB CHARTERERS ACCOUNT

**CLAUSE 29**
THE VESSEL IS TO WORK DAY AND NIGHT INCLUDING SUNDAYS/HOLIDAYS GIVING FREE USE OF POWER ON BOARD VESSEL IS ALSO TO SUPPLY LIGHT FOR NIGHT WORK AS ON BOARD, BUT SUFFICIENT TO CARRY OUT LOADING DISCHARGING OPERATIONS.

**CLAUSE 30**
OVERTIME TO THE ACCOUNT THE PARTY ORDERING IT, IF ORDERED BY PORT AUTHORITY THEN SAME TO BE SHIPPERS/CHARTERERS ACCOUNT AT LOAD/DISCHARGE PORT. SHIP OFFICERS AND CREW OVERTIME TO BE ALWAYS FOR OWNERS ACCOUNT.

**CLAUSE 31**
NOTICE OF READINESS TO BE TENDERED "WWWW" DURING OFFICE HOURS FROM 0900 HRS FRANCE TIME TO 1700 HRS FRANCE TIME FROM MONDAY TO FRIDAY , AND 0900 TO 1200 ON SATURDAY, IF TENDERED AFTER 1300 HRS FRANCE TIME, THEN LAYTIME TO COMMENCE FROM 0800 HRS AS THE FOLLOWING WORKING DAY. IF TENDERED BEFORE 1300 HRS FRANCE TIME, TIME TO COUNT FROM SAME DAY FROM THE TIME OF TENDERING THE NOR.
NOR TO BE TENDERED MAIL WHETHER IN PORT OR NOT, WHETHER IN BERTH OR NOR. WHETHER IN FREE PRATIQUE OR NOT, WHETHER IN CUSTOMS CLEARENCE OR NOT,BY FAX /CABLE/ TELEX OR LETTER TO SHIPPERS VIA SHIP AGENTS / MASTERS OR BUYERS.




### RIDER CLAUSES TO MV EPIC / R.P. LOGISTICS PVT LTD. CHARTER PARTY DATED 14TH JULY 2005

NOTICE OF READINESS AT DISCHARGE PORT TO BE GIVEN TO RECEIVERS/THEIR AGENTS DURING NORMAL OFFICE HOURS BETWEEN 0800 TO 1700 HOURS MONDAY TO SATURDAY. MASTER HAVING THE RIGHT TO TENDER NOTICE OF READINESS BY TELEX/CABLE/RADIO/MAIL WHETHER IN PORT OR NOT, WHETHER IN BERTH OR NOT, WHETHER IN FREE PRATIQUE OR NOT, WHETHER IN CUSTOMS CLEARENCE OR NOT, AT LOAD/DISCHARGE PORT NOTICE OF READINESS TENDERED BEFORE NOON LAYTIME TO COMMENCE AT 1 PM SAME DAY OR 8 AM THE FOLLOWING DAY. IF NOTICE READINESS IS TENDERED IN THE AFTERNOON.

TIME TO COUNT AS PER GENCON( 8AM / 1.0 PM ) BOTH END.

**CLAUSE 32 :**
CHARTERERS AGENTS BOTH END ..D/AS BOTH END AS PER ORDINARY / USUAL TARRIFS.

LOAD PORT AGENT : M/S HUMANN & TACONET, FRANCE
                  76021, ROUEN
                  PHONE : 33 232 102810

DISCHARGE PORT AGENTS : REVERTING

**CLAUSE 33**
ALL TAXES /DUES ON CARGO TO BE FOR CHARTERS ACCT.
ALL TAXES/ DUES ON VSL/FRT TO BE FOR OWNERS ACCT.
FREE OF EXTRA INSURACNE / OAP TO OWNERS.

**CLAUSE 34**
VESSEL TO HAVE WATER TIGHT HATCH COVER COMPLETE AND IN GOOD ORDER AT ALL HATCHES IN ALL DECKS. FIRST OPENING AND LAST CLOSING OF HATCHES TO BE DONE BY THE CREW. ~~ALL SUBSEQUENT OPENING/CLOSING HATCHES AT LOAD/DISCHARGE PORTS CHARTERERS ACCOUNT~~ X

**CLAUSE 35**
VESSEL TO BE PRESENTED WITH HER CARGO HOLDS CLEAN AND DRY UPTO THE SATISFACTION OF REPUTABLE INDEPENDENT SURVEYORS. AS REGARD THE CLEANLINESS, DRYNESS, ODOURLESS AND SWETNESS OF THE HOLDS" OWNERS CONFIRM VESSELS HOLDS WILL BE CLEAN, DRY, SWEPT, AND WITHOUT SMELLS.

**CLAUSE 36**
OWNER/MASTER TO GIVE NOTICE OF FIXING FOLLOWED BY 10/7/ 5/3/2/1 DAYS NOTICE OF VESSEL ETA TO CHARTERERS/ SHIPERS THROUGH AGENTS BOTH END.

**CLAUSE 37**
VESSEL CARGO HOLDS TO BE DRY AND CLEAN AND TO BE FREE FROM PREVIOUS CARGO AND IN ALL RESPECT FIT TO RECEIVE THE CONCENTRETED CARGO TO CHARTERERS SATISFACTION AS PER CERTIFICATE OF DULY APPOINTED REPUTABLE INDEPENDENT SURVEYOR AT LOAD PORT IN CASE VESSEL'S HOLD DO NOT PASS INSPECTION AND IF VESSEL'S HOLDS ARE NOT SUITABLY CLEAN TO LOAD THE INTENDED CARGO TIME WILL NOT COUNT FROM SUCH TIME DECLARED UNCLEANINES UNTILL THE TIME THAT VESSEL FOUND CLEAN AGAIN. HOWEVER MASTER WILL NOT BE OBLIGED TO RETENDER HIS NOR, WITH THE INTIAL NOR TO BE STILL IN FORCE.

**CLAUSE 38**
CARGO TO BE LOADED AT THE RATE OF 4500 MT PER WESTERN WORKING DAY TIME FROM 1200 HRS SATURDAY TO 0800 ON MONDAY AND 1700 HRS PRECEDING A HOLIDAY UPTO 0800 HRS ON NEXT WORKING DAYS NOT TO COUNT EVEN IF USED . SUNDAYS AND HOLIDAYS EXCLUDED EVEN IF USED.



## RIDER CLAUSES TO MV EPIC / R.P.LOGISTICS PVT LTD. CHARTER PARTY DATED 14TH JULY 2005

CARGO TO BE DISCHARGED AT THE RATE OF 3000 MT PER WEATHER WORKING DAY SATURDAY 1200 HRS TO MONDAY 0800 HOURS AND 1700 HOURS PRECEDING A HOLIDAY UPTO 0800 HRS ON NEXT WORKING DAYS NOT TO COUNT EVEN IF USED. SUNDAYS AND HOLIDAYS EXCLUDED EVEN IF USED.

LAYTIME NON – REVERSIBLE BOTH END.

TIME AT 2ND LOAD OR DISCHARE PORT TO COUNT UPON VESSEL'S ARRIVAL IF WITHIN WORKING PERIODS (I.E. MONDAY 0800 HRS TILL SATURDAY 1200 HRS ) OTHERWISE AS FROM FRIST RESUMPTION OF THE WORK ( THIS IS AS PER GENCON CP TERMS).

LIGHTENING / LIGHTERAGE AT THE DISCHARGE PORT IN A SAFE ANCHOARGE TO BE FOR CHARTERERS ACCOUNT .
CARGO WILL BE LIGHTENED AT VIZAG UPTO REQUIRED PERMISSIBLE DRAFT AT DIAMOND HARBOUR (KOLKATA)

VESSEL TO BE ALWAYS AFLOAT ALL END

**CLAUSE 39**
DEMURRAGE / DESPATCH AT LOAD /DISC PORT IF ANY TO BE SETTLED WITHIN 7 DAYS AFER COMPLETION OF DISCHARGE ALONG WITH 2.5 PERCENT BALANCE FREIGHT AMOUNT ON SUBMISSION OF RELEVENT DOCUMENTS.

LOADPORT AGREED DESPATCH TO BE DEDUCTED FROM 97.5 PCT FRT PAYMENT AS AGREED.

**CLAUSE 40**
US PARAMOUNT NEW JASON CLAUSE BOTH TO BLAME COLLISION CLAUSE P AND I BUNKERING CLAUSE TO BE DEEMED INCORPORATED IN THIS CHARTER PARTY.

**CLAUSE 41**
**VESSEL'S DESCRIPTION :**

M/V EPIC
EX THALASSINI
ST/BULKCARRIER BLT 1981 , MALTA FLAG ,
SUMMER DWAT 24.497,96 MT ON 10,21 M SW DRAFT
WINTER DWAT 23.753,96 MT ON 9,997 M SW DRAFT
TROPICAL DWAT 25.246,96 MT ON 10,423 M SW DRAFT
FW ALLOWANCE 23,5 CM , 7 HOLDS/7 HATCHES ,
HA CVRS TYPE: MCORS FOLDING TYPE, 4 CRANES X 16 TNS EACH ,
LOA : 184.6 M , BEAM : 22.80 M , DEPTH : 14,15 M (MLD)
GRAIN : 1.035,188 CBFT , BALE : 967,698 CBFT
ORE STRENGHTHENED 1+3+5+7 OR 2+4+6 MAY BE EMPTY ,GRT/NRT 16543/7875 ,
ADA WOG .

GRAIN(MEASURED)/BALE(ESTIMATED)CAPACITIES
HO NO 1: 138045/133.557 CBFT
2: 117739/108.151
3: 182700/170.453
4: 117926/108.405
5: 182700/170.453
6: 117926/108.405
7: 178152/168.276




<u>RIDER CLAUSES TO MV EPIC / R.P.LOGISTICS PVT LTD. CHARTER PARTY DATED 14TH JULY 2005</u>

VESSEL'S HATCH SIZES:
NO.1 13.30 M X 10.00 M
NO.2+4+6 10.66 M X 11.44 M
NO.3+5+7 13.12 M X 11.44 M
OWNERS STYLE ::"EPIC NAVIGATION COMPANY LTD"
MANAGERS : PRIAMOS MARITIME S.A ATHENS, GREECE.
last three cargoes ,staring fm the last :
blk phosphate ,Casa / Houston - accnt "MInc freight coorporation"
Bgd rice , Karachi / West Africa - accnt "Novel"
Time charter period for 1 year with mssrs "Sanwoo"

1. VESSEL IS SDBC AND TO BE IN ALL RESPECT SUITABLE TO LOAD GRAIN CARGO (BULK PEAS ) AND FOR GRAB DISCH OPERATIONS.OWNERS CONFIRM VESSEL IS ALSO GRAIN FITTED AND HAVE GRAIN STABILITY BOOKLET ON BOARD DULY ENDORESED BY CLASS.

2. VESSEL TO BE FULL COVERED BY PANDI CLUB AND CLASS LLOYDS 100A1 OR EQUIVALENT.

3. VESSEL IS ISM CERTIFIED. OWNERS TO PROVIDE WITH COPIES OF VESSEL'S SMC,DOC CERT.

4. OWNERS CONFIRM VESSEL DO NOT HAVE CENTRAL LINE BULK HEAD IN HOLDS WHICH MAY OBSTRUCT WHILE LOADING OR DISCHARGING .

CLAUSE 42
THIS CHARTER PARTY SHOULD BE KEPT STRICTLY PRIVATE AND CONFIDENTIAL.

CLAUSE 43
OWNERS WARRANT THAT THE VESSEL IS FULLY INSURED AND CLASSED

CLAUSE 44
ANY DISPUTE ARISING OUT OF OR IN CONNECTION WITH THIS C/P INCLUDING ANY QUESTION REGARDING IT EXISTENCE, VALIDITY OR TERMINATION, SHALL REFERERED TO AND FINALLY RESOLVED BY ARBITRATION IN LONDON AND ARBITRATION IN LONDON AND ENGLISG LAWS TO APPLY. THE TRIBUNAL SHALL CONSIST OF TWO ARBITRATOR ONE TO BE APPOINETED BY EACH OF THE PARTIES HERETO. IF ONE PARTY FAILS TO APPOINT AN ARBITRATOR WITHIN 7 DAYS OF RECEIPT OF NOTICE OF APPOINTMENT OF AN ARBITRATOR BY THE OTHER PARTY, THE APPOINTED ARBITRATOR SHALL ACT AS THE SOLE ARBITRATOR AS IF HE WAS JOINTLY APPOINETED. IF TWO ARBITRATORS CAN NOT AGREE THEY MAY APPOINT AN EMPIRE THE DICISION OF TWO ARBITRATORS OR, IN THE EVENT OF AGREEEMENT, THAT OF THE UMPIRE, OR IN THE EVENT OF DEFAULT OF APPOINTMENT OF ARBITRATOR BY ONE PARTY, THAT OF THE SOLE ARBITRATOR SHALL BE FINAL.

CLAUSE 45
THE FREIGHT AGREED TO BE PAID FOR THIS VOYAGE UNDER THIS CHARTER PARTY IS USD 50.00 PMT FIO SPOUT / GRAB TRIMMED BILLS OF LADING QUANTITY BASES 2 LOADPORTS LA PALICE + ROUEN(FRANCE) AND 2 DICHARGE PORTS VIZAG + DIAMOND HARBOUR,(KOLKATA)E.C.INDIA.

CLAUSE 46
IN CASE OF ORIGINAL BILLS OF LADING NOT AVAILABLE AT DISCHARGE PORT OWNERS TO RELEASE THE ENTIRE CARGO WITHOUT ANY DELAY TO RECEIVER AGAINST 1ST CLASS BANK

GUARANTEE AS PER OWNERS P AND I FORMAT / WORDING ONLY AFTER THE CHARTERS PERMISSION.




Case 1:07-cv-05730-BSJ   Document 12-19   Filed 07/23/2007   Page 9 of 16
## RIDER CLAUSES TO MV EPIC / R.P. LOGISTICS PVT LTD. CHARTER PARTY DATED 14TH JULY 2005

IN CASE 2ND SET B/LS REQUIRED BY CHARTERS, LETTER OF INDEMNITY IN OWNERS P & I FORMAT/ WORDINGS AND TO BE SIGNED JOINTLY AND/OR SEPERATELY BY THE AUTHORISATION PERSON FROM

1. CHARTERERS : M/S. R.P. LOGISTICS PVT. LTD.
2. NOTIFY PARTIES/RECEIVERS
3. AS SHOWN IN 1ST SET BS/L

"1ST AND 2ND SET OF BSL TO BE IN LINE AS REGARD THE QUALITY/DESCRIPTION AND QUANTITY OF THE CARGO. ALSO THE DATE OF C/P, DATE OF SHIPMENT, LOAD PORT TO BE THE SAME AT THE 1ST AND 2ND BSL. 2ND SET OF BSL WILL ONLY BE RELEASED AFTER OWNERS APPROVAL OF IT'S CONTENT AND WHEN THE FIRST SET OF BSL WILL BE DULLY CANCELLED IN "NULL AND VOID" FORM, AND WILL BE SURRENDERED TO THE OWNERS OR OWNERS NOMINATED AGENTS"

CARGO QUANTITY BOTH END TO BE DETERMINED AS PER JOINT DRAFT SURVEY(TOGETHER WITH CHARTERERS /SHIPPERS/RECEIVERS 'S SURVEYORS AND MASTER AND OWNERS P &I CLUB SURVEYOR.

**CLAUSE 47**
FOR DISCHARGE PORT OWNERS TO GIVE 10/7 /5/3/2/1 DAYS NOTICE TO AGENTS AT DISCHARGE PORT GIVING NAME/CALL SIGN AND HER ETA TO DICHARGE PORT.

**CLAUSE 48**
THE LOADED QUANTITY TO BE DECIDED BY BOTH CHARTERS / OWNERS SURVEYORS ACCORDING TO DRAFT SURVEY.

**CLAUSE 49**
CHARTERERS/ OWNERS SHALL NOT BE LIABLE FOR ANY DELAY IN LOADING AND OR DISCHARGING CAUSED IN WHOLE AND PARTLY BY ACTS OF GOD WAR, HOSTILITIES, POLITICAL DISTURBANCES, REBELLION, MOBILISATION REVOLUTION, INSURRECTION, ACTS OF PUBLIC ENEMY, CIVIL COMMOTION SABOTAGE FORCE MESEEURE, EARTH QUAKES. THE NEW JASON CLAUSE, P AND I, BUNKERING DEVIATION CLAUSE, BOTH TO BLAME COLLISION CLASE AND THE CHAMBER OF SHIPPING AND VOYWAR 50 TO BE DEEMED TO HAVE BEEN INCORPORATED IN THIS CHARTER PARTY.

**CLAUSE 50**
ONCE VESSEL IS ON DEMURRAGE ALWAYS ON DEMURRAGE.

**CLAUSE 51**
ANY STEVEDORES DAMAGE TO BE SETTLED DIRECTLY BETWEEN OWNERS AND STEVEDORES. HOWEVER IF OWNERS FAIL TO SETTLE SAME WITH STEVEDORES THAN CHARTERS TO ASSIST OWNERS BEST POSSIBLE IN SETTLEMENT OF SUCH CLAIM.

**CLAUSE 52**
MASTERS RIGHT TO REJECT ANY CARGO THAT WOULD INVOLVE THE CLAUSING OF MATE'S RECEIPTS AND/OR BILLS OF LADING. ALL TIME LOST WAITING FOR REPLACEMENT OF CARGO TO COUNT AS LAYTIME.

**CLAUSE 53**
OVERAGE PREMIUM IF ANY TO BE FOR CHARTERERS ACCOUNT

**CLAUSE 54**
FUMIGATION IF ANY TO BE FOR CHARTERER'S ACCOUNT AND TIME TO COUNT.




## RIDER CLAUSES TO MV EPIC / R.P.LOGISTICS PVT LTD. CHARTER PARTY DATED 14TH JULY 2005

FUMIGATION TO BE AT CHARTERS 'RISK AND RESPONSIBILITY AND ALWAYS AS PER INTERNATIONAL HEALTH REGULATIONS'.

IN CASE THAT DUE TO THE NATURE OF THE FUMIGANT AND AFTER THE REQUEST AND SUGGESTION THE LOCAL PORT AND HEALTH AUTHORITIES, IF THE CREW WILL BE REQUIRED TO LEAVE THE VESSEL AND STAY ASHORE DURING THE FUMIGATION PROCEDURE ACCOMODATION AND FOOD EXPENSES OF THE CREW TO BE AT CHARTERERS/ SHIPPER'S ACCOUNT."

**CLAUSE 55**
LIGHTERAGE/LIGHTERING IF ANY TO BE FOR CHARTERERS ACCOUNT BOTH END.

**CLAUSE 56:**
"ALL BROKERAGE/COMMISSION PAYABLE ON FREIGHT TO BROKER(S) TO BE DEDUCTED FROM 97.5 PCT FREIGHT /DEMURRAGE AND TO BE PAID TO BROKER(S) AT THE TIME /SIMULTANOUSLY WITH THE PAYMENT OF FREIGHT / DEMURRAGE PAYMENT TO OWNERS AGAINST BROKERAGE INVOICE."

OWNERS:
EPIC NAVIGATION COMPANY LTD,
MALTA

CHARTERERS:
R.P.LOGISTICS PVT LTD,
KOLKATA- INDIA

## Andrew Dyer

**From:** priamosmaritime@priamosmaritime.com
**Sent:** Monday, 21 November 2005 13:32
**To:** Andrew Dyer

**Attachments:** mza5555.htm


mza5555.htm (3 KB)

PRIAMOS

72-74, Marathonos Str., 16673 Panorama Voulas, Athens, Greece tel:+30-2108952566; fax:+30-2108994493, telex: 214242 blct gr
e-mail: priamosmaritime@priamosmaritime.com
21 Nov 2005-13:30. Ref:48303-NIP.


anrew / nikos

epic / rp logistics
===================

an other message fm the chrtrs (via the agents Humann Taconet) confirming that they will pay the freight as per bsl quantity :

quote
=====
From: AGENCY DEPT <shipagency@ro.humann-taconet.fr>
To: priamosmaritime@priamosmaritime.com
Subject: M.V EPIC - TOP URGENT
CC: <No CC specified>
Date: Wed, 03 Aug 2005 11:41:17 +0200


MSG REF : EDU6491/1    03/08/2005 11:41

FM : HUMANN & TACONET ROUEN   AGENCY DEPT
22 RUE MUSTEL - 76000 ROUEN
PHO : +33 (0)232 102 810
FAX : +33 (0)232 102 820
WEBSITE : WWW.HUMANN-TACONET.FR

TO : PRIAMOS MARITIME S.A. /

RE : M.V EPIC - TOP URGENT


De : Siddharth Agarwal - RP <cal@rpiyarelall.com> Sujet : m.v epic - TOP URGENT  Date : Wed, 3 Aug 2005 15:04:08 +0530

A : Anil Brid \(Bay-Island shipg &mgmt\) <chartering@bay-islandshpg.com>

1

Cc : <shipagency@ro.humann-taconet.fr>
Cc : SHIPAGENT LA PALLICE <shipagency@pal.humann-taconet.fr>
**********

ATTN : ANIL
CC: AGENTS / HUMANN & TACONET

AS DISCUSSED OVER PHONE , THERE IS NO POINT IN DELAYING THE VESSEL . WE SHOULD LOAD THE CARGO AT ROUEN AND THEREAFTER DO A JOINT DRAFT SURVEY TO GET THE CORRECT PICTURE . WE CAN SORT OUT THE ISSUE THEN ONCE AND FOR ALL.

MOREOVER OWNERS SHOULD REALISE WE WILL BE PAYING FOR THE CARGO AND FRT AS PER BILLS OF LADING AND WE WOULD BE THE FIRST ONES TO TAKE PROPER CARE OF LOADED QTY FIGURES.

KINDLY ARRANGE MESSAGE FROM OWNERS TO AGENTS TO SIGN BILLS OF LADING AS PER SHORE FIGURES WHICH IS MANDATORY AS PER FRENCH CUSTOMS AND TO BERTH VESSEL AS SCHEDULED.

REGARDS

SIDDHARTH AGARWAL


R. Piyarelall Group
12, Government Place (East),
1st floor,
Kolkata - 700 069
India.
Tel. No. +91 33 22205907 / 2682
Fax No. +91 33 22209939
Website : www.rpiyarelallgroup.com

This message (including any attachment(s) hereto) is confidential and may also be privileged. It is intended solely for the addressee. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have eceived this message in error you are requested to delete it from your system and to contact the sender by replying to this message immediately. R. Piyarelall Group is not liable for the improper transmission of this message nor for any damage sustained as a result of this message.
**********

Fichier html : MZA5555.html

Message rePu sur le compte : ro-humma sur pop3.hps.tm.fr


[Message sent via SOFTWAY Communication Program]

ATTN : ANIL
CC: AGENTS / HUMANN & TACONET

AS DISCUSSED OVER PHONE , THERE IS NO POINT IN DELAYING THE
VESSEL . WE SHOULD LOAD THE CARGO AT ROUEN AND THEREAFTER
DO A JOINT DRAFT SURVEY TO GET THE CORRECT PICTURE . WE CAN
SORT OUT THE ISSUE THEN ONCE AND FOR ALL.

MOREOVER OWNERS SHOULD REALISE WE WILL BE PAYING FOR THE
CARGO AND FRT AS PER BILLS OF LADING AND WE WOULD BE THE
FIRST ONES TO TAKE PROPER CARE OF LOADED QTY FIGURES.

KINDLY ARRANGE MESSAGE FROM OWNERS TO AGENTS TO SIGN BILLS
OF LADING AS PER SHORE FIGURES WHICH IS MANDATORY AS PER
FRENCH CUSTOMS AND TO BERTH VESSEL AS SCHEDULED.

REGARDS

SIDDHARTH AGARWAL


R. Piyarelall Group
12, Government Place (East),
1st floor,
Kolkata - 700 069
India.
Tel. No. +91 33 22205907 / 2682
Fax No. +91 33 22209939
Website : www.rpiyarelallgroup.com

This message (including any attachment(s) hereto) is confidential and may also be privileged. It is intended solely for the addressee. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this message in error you are requested to delete it from your system and to contact the sender by replying to this message immediately. R. Piyarelall Group is not liable for the improper transmission of this message nor for any damage sustained as a result of this message.

**Andrew Dyer**

From: priamosmaritime@priamosmaritime.com
Sent: Monday, 21 November 2005 13:34
To: Andrew Dyer

      P R I A M O S
72-74, Marathonos Str., 16673 Panorama Voulas, Athens, Greece tel:+30-2108952566; fax:+30-2108994493, telex: 214242 blct gr
e-mail: priamosmaritime@priamosmaritime.com
21 Nov 2005-13:33. Ref:48305-NIP.


anrew / nikos

epic / rp logistics
==================

foll pls find a message received DIRECTLY from the chrtrs, confirming that they are also the receivers of the cargo !!


quote
======

From: "R. PIYARELALL GROUP" <cal@rpiyarelallgroup.com>
To: "Anil Brid \(Bay-Island shipg &mgmt\)" <chartering@bay-islandshpg.com>
Subject: Fw: MV EPIC / RPL
CC: <priamosmaritime@priamosmaritime.com>
Date: Wed, 03 Aug 2005 17:38:03 +0530

ATTN : ANIL

AS PER LAST TELECON PLS NOTE WE SHALL INDEMIFY THE OWNERS FOR SHORTAGE FOUND AFTER FINAL DRAFT SURVEY UPTO 81.600 MT (AS FOUND AT LA PALLICE) AND OWNERS TO DO SAME FOR EXCESS QUANTITY.

FURTHUR WE ALSO CONFIRM THAT WE ARE THE RECIEVERS OF THE CARGO.

HOPE NOW IN ORDER.

REGARDS

SIDDHARTH

----- Original Message -----
From: "R. PIYARELALL GROUP" <cal@rpiyarelallgroup.com>
To: "Anil Brid (Bay-Island shipg &mgmt)" <chartering@bay-islandshpg.com>
Cc: <priamosmaritime@priamosmaritime.com>
Sent: Wednesday, August 03, 2005 5:05 PM
Subject: Re: MV EPIC / RPL

1

> ANIL
> CC: MR.NIKOS
>
> WE ARE CARRYING OUT A JOINT DRAFT SURVEY TO SEE RECHECK THE LOADED
> QTY. UPON THE ARRIVAL AND COMPLETION DRAFT SURVEY WE SHALL SEE THE
> DIFFERENCE IF ANY . IF SIMILAR DIFFERENCE AS PER DRAFT SURVEY AT LA
> PALLICE IS FOUND WE WILL TRY TO INDEMNIFY OWNERS FOR THAT QUANTITY OF
> SHORTAGE ONLY.
> IF CARGO IS EXCESS OWNERS WILL INDEMNIFY US FOR EXCESS CARGO TO BE
> DELIVERED TO US AT DISCH PORT.
>
>
> REG B/L LET US BE VERY CLEAR THAT THE CUSTOMS AT FRANCE WILL ONLY
> FOLLOW THE QTY AT SHORE AND NOT ANY DRAFT SURVEY SO B/L WILL BE
> PREPARED AS PER SHORE QTY .
>
> HOPE ABOVE IS CLEAR AND FAIR.

> REGARDS
>
> SIDDHARTH AGARWAL
>
>
> ----- Original Message -----
> From: "Anil Brid (Bay-Island shipg &mgmt)"
> <chartering@bay-islandshpg.com>
> To: "R. Piyarelall Group" <cal@rpiyarelallgroup.com>; "Siddharth
> Agarwal - RP" <cal@rpiyarelall.com>
> Sent: Wednesday, August 03, 2005 4:58 PM
> Subject: MV EPIC / RPL
>
>
> > SIDDHARTH / ANIL
> >
> > PLS CLARIFY AGAIN ON FLWG..MSG FM OWNERS.
> >
> > RGDS
> >
>
> > ----- Original Message -----
> > From: <priamosmaritime@priamosmaritime.com>
> > To: <chartering@bay-islandshpg.com>
> > Sent: Wednesday, August 03, 2005 4:54 PM
> > Subject:
> >
> >
> > >           P R I A M O S 72-74, Marathonos Str., 16673
> > > Panorama Voulas , Athens, Greece tel:+30-2108952566;
> > > fax:+30-2108994493, telex: 214242 blct gr
> > > e-mail: priamosmaritime@priamosmaritime.com
> > > 3 Aug 2005-14:21. Ref:39939-NIP.
> > >

2

```
> > >
> > >
> > > TO:RP LOGISTICS (VIA BAY ISLAND MUMBAI) TO:HUMAN TACONET FRANCE
> > >
> > > GDAY GENTS ,
> > >
> > > REF:MV EPIC LOADING BLK PEAS IN ROUEN ====
> > >
> > > THANKS FOR THE LAST MESSAGES FM THE CHRTRS'SIDE .
> > > WE HEREBY CONFIRM THT WE WILL IMMY AUTHORISE THE AGENTS AT LA
> > > PALICE
TO
> > SIGN THE
> > > BSL , WITH THE CONDITION (AS PER CHRTRS 'LATEST CONFIRMATION) THAT
> > > THE
> > FINAL
> > > LOADABLE CARGO QTTY WILL BE ADJUSTED AS PER THE INITIAL AND FINAL
DRAFT
> > SURVEY .
  > >
> > > COMMENTS
> > > ---------
> > > FOR EXAMPLE , IF THE DRAFT SURVEY UPON BERTHING AT ROUEN , WILL
> > > SHOW
> THAT
> > THE
> > > CARGO WHICH HAS BEEN LOADED AT LA PALICE , IS LESS THAN THE BSL
> > > FIGURE

> > THE
> > > BILL OF LADING FOR THE CARGO OF ROUEN , WILL SHOW LESS CARGO IN
> > > ORDER
> THE
> > > TOTAL/FINAL CARGO QUANTITY TO BE AS PER JOINT DRAFT SURVEY.
> > >
, > > GUESS THE ABOVE WILL BE FAIR FOR ALL PARTIES CONCERNED , IN ORDER
> > > ALSO
> THE
> > > CHRTRS/SHIPPERS NOT TO PAY UNREASONABLY MORE FRT (FRT IS PER
> > > LOADED
> METRIC
> > TON)
> > > AND CARRIER NOT TO RISK SHORTAGE CLAIM AT THE DISCHARGING PORT .
> > >
> > > REVERTING WITH THE AUTHORISATION TO THE AGENTS TO SIGN THE BSLS
> > >
> > > THKS N RGDS
> > > NIKOS POLYCHRONAKIS
> > >
> > >
> > >
> > >
> > > [Message sent via SOFTWAY Communication Program]
> > >
```

3