# EXHIBIT 19

APPLICANT'S COPY

# SWIFT MT - 103 - SINGLE CUSTOMER CREDIT TRANSFER

STATE BANK OF INDIA, OVERSEAS BRANCH, KOLKATA (SWIFT:SBININBB106)

| | |
|---|---|
| DATE | 14-07-2006 |
| TRANSMIT TILE MESSAGE TO | BANK OF AMERICA, NEW YORK. |
| | 0480506TS081951F |
| 20 : TRANSACTION REFERENCE NO | |
| 23B : BANK OPERATION CODE | CRED |
| 32A : DATE/CURRENCY CODE/INTER-BANK SETTLEMENT AMOUNT | |
| DATE | 2006-07-14 |
| CURRENCY AND AMOUNT IN WORDS AND FIGURE | USD.192083.29 (U.S.DOLLAR ONE LAC NINETY TWO THOUSAND EIGHTY THREE & CENT TWENTY NINE ONLY) |
| 33B : CURRENCY/INSTRUCTED AMOUNT | USD.192083.29 |
| 36 : EXCHANGE RATE | |
| 50A : ORDERING CUSTOMER | R.PIYARELALL INTERNATIONAL PRIVATE LIMITED 7E, GOVT. PLACE (EAST), KOLKATA-69 |
| 51A : SENDING INSTITUTION | |
| 52A : ORDERING INSTITUTION | STATE BANK OF INDIA OVERSEAS BRANCH, KOLKATA (SBININBB106) |
| 53 A : SENDER'S CORRESPONDENT | |
| 54 A : RECEIVER'S CORRESPONDENT | |
| 55A : THIRD REIMBURSEMENT INSTITUTION | |
| 56A : INTERMEDIARY INSTITUTION | JP MORGAN CHASE BANK, NEW YORK, A/C NO.544-7-11070, SWIFT:CHASUS33, ABA:021000021 |
| 57 A : ACCOUNT WITH INSTITUTION | CHINA MERCHANTS BANK, HEAD OFFICE, SHENZHEN, P.R. CHINA, SWIFT:CMBCCNBS |
| 59 : BENEFICIARY WITH A/C NO & NAME | 001 OCEANGATE TRANSPORTATION CO. LIMITED USD A/C NO.05A0015490932061 |
| 70 : REMITTANCE INFORMATION | TOWARDS OCEAN FREIGHT |
| 71A : DETAILS OF CHARGES | SHA |
| 71F : SENDER'S CHARGES CURRENCY AND AMOUNT | |
| 71G : RECEIVER'S CHARGES CURRENCY AND AMOUNT | |
| 72 : SENDER TO RECEIVER INFORMATION | IN REPLY PLEASE QUOTE 0480506TS081951F |
| 77B : REGULAR TORY REPORTING | |

| ENTD | VERIFIED | APPROVED | SFMS REF AND DATE |
|---|---|---|---|
| | | | |

(ASSISTANT GENERAL MANAGER
OPERTIONS/CREDIT/FUNDS