EXHIBIT 20

APPLICANT'S COPY

## SWIFT MT - 103 - SINGLE CUSTOMER CREDIT TRANSFER

STATE BANK OF INDIA, OVERSEAS BRANCH, KOLKATA (SWIFT:SBININBB 106)

| | |
|---|---|
| DATE | : 25-07-2006 |
| TRANSMIT TILE MESSAGE TO | : BANK OF AMERICA, NEW YORK. |
| 20 : TRANSACTION REFERENCE NO | : 0480506TS082421P |
| 23B : BANK OPERATION CODE | : CRED |
| 32A : DATE/CURRENCY CODE/INTER-BANK SETTLEMENT AMOUNT | : |
| DATE | : 2006-07-25 |
| CURRENCY AND AMOUNT IN WORDS AND FIGURE | USD.45000.00    (U.S.DOLLAR  FORTY  FIVE THOUSAND ONLY) |
| 33B : CURRENCY/INSTRUCTED AMOUNT | : USD.45000.00 |
| 36 : EXCHANGE RATE | : |
| 50A : ORDERING CUSTOMER | : R.  PIYARELALL  INTERNATIONAL  PRIVATE LIMITED |
| 51A : SENDING INSTITUTION | : 31, GOVT. PLACE (EAST), KOLKATA-69 |
| 52A : ORDERING INSTITUTION | : STATE BANK OF INDIA OVERSEAS BRANCH, KOLKATA (SBININBB106) |
| 53A : SENDER'S CORRESPONDENT | : |
| 54A : RECEIVER'S CORRESPONDENT | : |
| 55A : THIRD REIMBURSEMENT INSTITUTION | : |
| 56A : INTERMEDIARY INSTITUTION | : JP  MORGAN  CHASE  BANK,  NEW  YORK,  A/C NO.544-7-11870,    SWIFT:CHASUS33, ABA:021000021 |
| 57A : ACCOUNT WITH INSTITUTION. | :CHINA  MERCHANTS  BANK,  HEAD  OFFICE, SHENZHEN, P.R. CHINA, SWIFT:CMBCCNBS |
| 59 : BENEFICIARY WITH A/C NO & NAME | :OGI OCEANGATE TRANSPORTATION CO. LIMITED USD A/C NO.OSA080549009200001 |
| 70 : REMITTANCE INFORMATION | : TOWARDS  DEAD  FREIGHT,  DEMURRAGE  & DETENTION CHARGES  PER M.V. IKAL |
| 71A : DETAILS OF CHARGES | : SHA |
| 71F : SENDER'S CHARGES CURRENCY AND AMOUNT | : |
| 71G : RECEIVER'S CHARGES CURRENCY AND AMOUNT | : |
| 72 : SENDER TO RECEIVER INFORNATION | : IN REPLY PLEASE QUOTE 0480506TS082421P |
| 77B: REGULAR TORY REPORTING | : |

| ENTD | VERIFIED | APPROVED | SFMS REF AND DATE |
|---|---|---|---|
|  |  |  |  |

ASSISTANT GENERAL MANAGER
OPERTIONS/CREDIT/FUNDS