
**VANDEVENTER BLACK LLP**
Attorneys At Law

Ethan Ostroff, Esquire
757.446.8651- direct
757.446.8670 - fax
eostroff@vanblk.com

500 World Trade Center • Norfolk, Virginia 23510 • Office 757.446.8600 • Fax 757.446.8670

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2007 JT
```

July 17, 2007

**VIA FACSIMILE 212.805.6185**

Honorable Barbara Jones
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    Unithai Maritime, Ltd. v. Logistics PV Ltd. and R. Piyarelall International Pvt. Ltd.
           USDC – SDNY – Verified Complaint, 07 CV 5730 (BSJ)
           Our Ref. No.: 32943-0002

Dear Judge Jones:

    We are attorneys for the plaintiff in the above-styled matter, and I write on behalf of Lawrence G. Cohen. We are in receipt of the Show Cause Order issued by this Court on July 16, 2007. Due to Mr. Cohen's unavailability on July 19, 2007, all counsel have agreed for this matter be heard before this Court on Friday, July 27, 2007 at 10:00 a.m. Further, all counsel have also agreed that plaintiff's Reply Brief shall be due on July 23rd; and defendant's Sur-Reply shall be due on July 25th.

    Thank you for you attention and assistance in this matter. Please let us know if you have any questions.

                          Very truly yours,

                          VANDEVENTER BLACK LLP

                          Ethan G. Ostroff

*Application granted. The hearing in this matter is scheduled for July 27, 2007 at 10am. Plaintiff's Opposition is due on July 23 at 5 P.M. Defendant's Reply is due on July 25 at 5.P.M.*

cc:    George E. Murray, Esquire
       Owen F. Duffy, Esquire

SO ORDERED
Dated:

BARBARA S. JONES
U.S.D.J.
7/19/07

# VANDEVENTER BLACK LLP

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| TO: | Honorable Barbara S. Jones | Phone: 212.805.6185 | Fax: 212.805.6191 |
| TO: | George E. Murray, Esquire<br>Owen F. Duffy, Esquire | Phone: 516.767.3600 | Fax: 516.767.3600 |

From: Ethan G. Ostroff, Esquire   Phone: 757.446.8651   Fax: 757.446.8670

Date: July 17, 2007

Our File # 32943-0002         # Pages (including cover) 2

Re: Unithai Maritime, Ltd. v. Logistics PV Ltd. and R. Piyarelall International Pvt. Ltd.

Message: Please see attached.

Hard copy will follow via U.S. Mail? [X] Yes [ ] No

If any problems, call (757) 446-8600 and ask for   Sherri Gahagen

This transmittal is intended only for the individual to whom it is addressed and may contain privileged/confidential information that is exempt from disclosure under applicable law. **If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited.** If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.