UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITHAI MARITIME LIMITED,         :
                                  :
             Plaintiff,           :
                                  :
       -against-                  :       07 CV 5730 (BSJ)
                                  :
RP LOGISTICS PVT. LTD. and        : MOTION FOR ADMISSION
R. PIYARELALL INTERNATIONAL       :      PRO HAC VICE
PVT. LTD.                         :
             Defendants.          :
------------------------------------------------------------x

  PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William E. Franczek, a member in good stand of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Ethan G. Ostroff
> VANDEVENTER BLACK LLP
> 500 World Trade Center
> Norfolk, VA 23510
> Telephone: (757) 446-8600
> Facsimile: (757) 446-8670
> eostroff@vanblk.com

  Ethan G. Ostroff is a member in good standing of the Bar of the State of Virginia, as verified by the attached Certificate of Good Standing. There is no pending disciplinary proceeding against Ethan G. Ostroff in any State or Federal court.

Dated this 6th day of August, 2007.
Norfolk, Virginia

                Respectfully Submitted,

                */s/ William E. Franczek*
                William E. Franczek
                1871227 NY Bar
                Vandeventer Black LLP
                500 World Trade Center
                Norfolk, VA 23510
                (757) 446-8600
                (757) 446-8670 – facsimile

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been forwarded via United States Mail, First Class postage prepaid and properly addressed on this 6th day of August, 2007, to the following:

>Owen F. Duffy, Esquire
>HALOS O'CONNOR & DUFFY, LLP
>366 Main Street
>Port Washington, New York 11050

Howard W. Martin, Jr., President
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Manuel A. Capsalis, President-elect
Capsalis, Bruce & Reaser, P.L.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
Telephone: (703) 358-9620

Karen A. Gould, Immediate Past President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

George W. Chabalewski
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501    TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

August 3, 2007

**CERTIFICATE OF GOOD STANDING**

THIS IS TO CERTIFY THAT **ETHAN GEOFFREY OSTROFF** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. OSTROFF** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 17, 2005, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER