UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
UNITHAI MARITIME LIMITED,                           :
                                                    :
                          Plaintiff,                :
                                                    :
         -against-                                  :   07 CV 5730 (BSJ)
                                                    :
RP LOGISTICS PVT. LTD. and                          :   AFFIDAVIT OF
R. PIYARELALL INTERNATIONAL                         :   WILLIAM E FRANCZEK
PVT. LTD.                                           :   IN SUPPORT OF MOTION TO
                                                    :   ADMIT COUNSEL PRO HAC VICE
                                                    :
                          Defendants.               :
---------------------------------------------------------------x

William E. Franczek, being duly sworn, hereby deposes and says as follows:

1. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Ethan G. Ostroff as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of Virginia, and was admitted to practice law in September 29, 1983. I am also a member in good standing of the bar of New York and was admitted to practice law in 1983. I am admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ethan G. Ostroff since September 2006.

4. Mr. Ostroff is an Associate at Vandeventer Black LLP in Norfolk, Virginia.

5. I have found Mr. Ostroff to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Ethan Ostroff, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Ethan Ostroff, pro hac vice, which is attached hereto..

WHEREFORE it is respectfully requested that the motion to admit Ethan Ostroff, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

William E. Franczek
NY Bar 1871227

SWORN TO AND SUBSCRIBED before me this 6th day of August, 2007.

NOTARY PUBLIC

My Commission Expires: 4/30/10