UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
UNITHAI MARITIME LIMITED,                    :
                                             :
                        Plaintiff,           :    07 CV 5730 (BSJ)
                                             :
v.                                           :
                                             :    ORDER FOR ADMISSION
RP LOGISTICS PVT. LTD. and                   :    PRO HAC VICE
R. PIYARELALL INTERNATIONAL                  :    ON WRITTEN MOTION
PVT. LTD.                                    :
                        Defendants.          :
-----------------------------------------------------------x

Upon the motion of William E. Franczek said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED,** that

> Ethan G. Ostroff
> VANDEVENTER BLACK LLP
> 500 World Trade Center
> Norfolk, VA 23510
> Telephone: (757) 446-8600
> Facsimile: (757) 446-8670
> eostroff@vanblk.com

is admitted to practice pro hac vice as counsel for Unithai Maritime Limited in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court. .

Dated:

New York, New York

_____
United States District/Magistrate Judge