UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITHAI MARITIME LIMITED,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　　　　　　　　　　:　　07 CV 5730 (BSJ)
　　　　　　　　　　　　　　　　　　　　　　　　　　:
RP LOGISTICS PVT. LTD. and　　　　　　　　　　　: MOTION FOR ADMISSION
R. PIYARELALL INTERNATIONAL　　　　　　　　　:　　　PRO HAC VICE
PVT. LTD.　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants.　　　　　　　　　　:
-----------------------------------------------------------x

　　　　PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William E. Franczek, a member in good stand of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

　　　　　　Ethan G. Ostroff
　　　　　　VANDEVENTER BLACK LLP
　　　　　　500 World Trade Center
　　　　　　Norfolk, VA  23510
　　　　　　Telephone: (757) 446-8600
　　　　　　Facsimile: (757) 446-8670
　　　　　　eostroff@vanblk.com

　　　　Ethan G. Ostroff is a member in good standing of the Bar of the State of Virginia, as verified by the attached Certificate of Good Standing.  There is no pending disciplinary proceeding against Ethan G. Ostroff in any State or Federal court.

Dated this 6th day of August, 2007.
Norfolk, Virginia

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　William E. Franczek
　　　　　　　　　　　　　　　　　　　1871227 NY Bar
　　　　　　　　　　　　　　　　　　　Vandeventer Black LLP
　　　　　　　　　　　　　　　　　　　500 World Trade Center
　　　　　　　　　　　　　　　　　　　Norfolk, VA  23510
　　　　　　　　　　　　　　　　　　　(757) 446-8600
　　　　　　　　　　　　　　　　　　　(757) 446-8670 – facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
UNITHAI MARITIME LIMITED,                :
                                          :
                Plaintiff,                :
                                          :
     -against-                            :     07 CV 5730 (BSJ)
                                          :
RP LOGISTICS PVT. LTD. and                :     AFFIDAVIT OF
R. PIYARELALL INTERNATIONAL               :     WILLIAM E FRANCZEK
PVT. LTD.                                 :     IN SUPPORT OF MOTION TO
                                          :     ADMIT COUNSEL PRO HAC VICE
                                          :
                Defendants.               :
-------------------------------------------------------------------x

William E. Franczek, being duly sworn, hereby deposes and says as follows:

1. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Ethan G. Ostroff as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of Virginia, and was admitted to practice law in September 29, 1983. I am also a member in good standing of the bar of New York and was admitted to practice law in 1983. I am admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ethan G. Ostroff since September 2006.

4. Mr. Ostroff is an Associate at Vandeventer Black LLP in Norfolk, Virginia.

5. I have found Mr. Ostroff to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Ethan Ostroff, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Ethan Ostroff, pro hac vice, which is attached hereto..

WHEREFORE it is respectfully requested that the motion to admit Ethan Ostroff, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

*[signature]*
William E. Franczek
NY Bar 1871227

SWORN TO AND SUBSCRIBED before me this 6th day of August, 2007.

*[signature]*
NOTARY PUBLIC

My Commission Expires: 4/30/10



Howard W. Martin, Jr., President
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Manuel A. Capsalis, President-elect
Capsalis, Bruce & Reaser, P.L.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
Telephone: (703) 358-9620

Karen A. Gould, Immediate Past President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

George W. Chabalewski
Bar Counsel

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

## Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

August 3, 2007

**CERTIFICATE OF GOOD STANDING**

THIS IS TO CERTIFY THAT **ETHAN GEOFFREY OSTROFF** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. OSTROFF** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 17, 2005**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITHAI MARITIME LIMITED,                :
                                         :
                        Plaintiff,       :    07 CV 5730 (BSJ)
                                         :
v.                                       :
                                         :    ORDER FOR ADMISSION
RP LOGISTICS PVT. LTD. and               :    PRO HAC VICE
R. PIYARELALL INTERNATIONAL              :    ON WRITTEN MOTION
PVT. LTD.                                :
                        Defendants.      :
------------------------------------------------------------x

Upon the motion of William E. Franczek said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED**, that

    Ethan G. Ostroff
    VANDEVENTER BLACK LLP
    500 World Trade Center
    Norfolk, VA  23510
    Telephone:  (757) 446-8600
    Facsimile:  (757) 446-8670
    eostroff@vanblk.com

is admitted to practice pro hac vice as counsel for Unithai Maritime Limited in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court. .

Dated:

New York, New York

                                                         United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded via United States Mail, First Class postage prepaid and properly addressed on this 6th day of August, 2007, to the following:

Owen F. Duffy, Esquire
HALOS O'CONNOR & DUFFY, LLP
366 Main Street
Port Washington, New York 11050