```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITHAI MARITIME LTD.,              :
                                    :
              Plaintiff,            :
                                    :    07 Cv. 5730 (BSJ)
         v.                         :
                                    :
                                    :    Order
RP LOGISTICS PVT LTD., and          :
R. PIYARELALL INTERNATIONAL         :
PVT. LTD.,                          :
                                    :
              Defendants.           :
------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

The Court is in receipt of Plaintiff's letter dated August 29, 2008 advising the Court that no progress has been made with respect to the proceedings against Defendants for the underlying claims. Plaintiff is directed to notify the Court on or before November 17, 2008 of the steps that it has taken or plans to take with respect to litigating its claims. If no progress is reported, the Court will entertain a motion to vacate the attachment.

SO ORDERED:

/s/ Barbara S. Jones
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         September 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

1